B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of North Carolina - Raleigh Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>F & G Leonard, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>DBA Taberna Country Club | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-2849359 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>401 Taberna Way<br>New Bern, NC<br>ZIP Code 28562 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Craven | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ☒ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | F & G Leonard, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
|    ☐ Yes, and Exhibit C is attached and made a part of this petition. |
|    ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
|    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
|    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|          _____<br>         (Name of landlord that obtained judgment) |
|          _____<br>         (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)**                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
F & G Leonard, LLC

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Trawick H. Stubbs, Jr.
_____
Signature of Attorney for Debtor(s)

 Trawick H. Stubbs, Jr. 4221
_____
Printed Name of Attorney for Debtor(s)

 Stubbs & Perdue, P.A.
_____
Firm Name
 PO Box 1654
 New Bern, NC 28563

_____
Address

 252-633-2700
_____
Telephone Number
 February 21, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ James Frederick Leonard
_____
Signature of Authorized Individual
 James Frederick Leonard
_____
Printed Name of Authorized Individual
 Member-Manager
_____
Title of Authorized Individual
 February 21, 2011
_____
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina - Raleigh Division

In re   F & G Leonard, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| RMIco, LLC Attn: Ray McCotter PO Box 12623 New Bern, NC 28561 | RMIco, LLC Attn: Ray McCotter PO Box 12623 New Bern, NC 28561 | Clubhouse, tennis courts, pool, practice facility, and 18-hole golf course located at 401 Taberna Way, New Bern, NC.  Maintenance building located | Disputed | 750,000.00  (2,800,000.00 secured) |
| E-Z Go/Textron Financial Attn: Managing Agent PO Box 905610 Charlotte, NC 28290-5610 | E-Z Go/Textron Financial Attn: Managing Agent PO Box 905610 Charlotte, NC 28290-5610 | | | 126,480.00 |
| East Carolina Bank Attn: Managing Agent PO Box 337 Engelhard, NC 27824 | East Carolina Bank Attn: Managing Agent PO Box 337 Engelhard, NC 27824 | | | 41,137.00 |
| BB&T ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 | BB&T ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 | | | 38,122.00 |
| Craven County EMS Attn: Managing Agent PO Box 863 Lewisville, NC 27023-0863 | Craven County EMS Attn: Managing Agent PO Box 863 Lewisville, NC 27023-0863 | | | 590.00 |
| Ally/GMC Financing Attn: Managing Agent PO Box 380901 Minneapolis, MN 55430 | Ally/GMC Financing Attn: Managing Agent PO Box 380901 Minneapolis, MN 55430 | 2011 GMC Sierra Truck | | 27,007.00  (27,000.00 secured) |
| City of New Bern Attn: Manager or Agent PO Box 1129 New Bern, NC 28563 | City of New Bern Attn: Manager or Agent PO Box 1129 New Bern, NC 28563 | | | Unknown |
| Craven Co. Tax Collector Attn: Manager or Agent PO Box 1128 New Bern, NC 28563 | Craven Co. Tax Collector Attn: Manager or Agent PO Box 1128 New Bern, NC 28563 | | | Unknown |

**B4 (Official Form 4) (12/07) - Cont.**

In re   F & G Leonard, LLC                               Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 21, 2011                Signature   /s/ James Frederick Leonard

                                                   James Frederick Leonard

                                                   Member-Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    F & G Leonard, LLC _____ ,    Case No. _____

                                                      Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,800,000.00 | | |
| B - Personal Property | Yes | 4 | 315,874.71 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,509,007.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 206,329.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 33 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 3,115,874.71 | | |
| Total Liabilities | | | | 3,715,336.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    F & G Leonard, LLC
_____,
                                              Debtor

Case No. _____

Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    F & G Leonard, LLC                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Clubhouse, tennis courts, pool, practice facility, and 18-hole golf course located at 401 Taberna Way, New Bern, NC. | | - | 2,800,000.00 | 3,482,000.00 |
| Maintenance building located at 301 Taberna Way, New Bern, NC. | | | | |

| | | |
|---|---|---|
| Sub-Total > | 2,800,000.00 | (Total of this page) |
| Total > | 2,800,000.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    F & G Leonard, LLC                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash | - | 250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ECB- Deposit account ending in 8412 | - | 21,984.11 |
| | | ECB- Managers account ending in 8312 | - | 498.10 |
| | | ECB- Payroll account ending in 8215 | - | 239.80 |
| | | ECB- Operating account ending in 8212 | - | 4,121.77 |
| | | BB&T- Deposit account ending in 8559 | - | 283.43 |
| | | BB&T- Managers account ending in 5322 | - | 875.07 |
| | | ETS- Merchant Account ending in 7068 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >        28,252.28
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   F & G Leonard, LLC                                                     ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Member Accounts | - | 9,663.40 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | 9,663.40 |
|---|---|---|
|  | (Total of this page) | |

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    F & G Leonard, LLC                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 GMC Sierra Truck | - | 27,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furnishings, office equipment, kitchen/bar equipment and appliances, rental equipment and clubs, maintenance parts and equipment | - | 175,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Fungicides Inventory & Supplies | - | 7,424.21 |
| | | Herbicides  Inventory & Supplies | - | 1,951.77 |
| | | Insecticides Inventory & Supplies | - | 689.00 |
| | | Dyes, Surfactants, PGRs, Wet Agents Inventory & Supplies | - | 3,463.05 |
| | | Ferts/Micros Inventory & Supplies | - | 1,029.85 |

|  | Sub-Total > | 216,557.88 |
|---|---|---|
|  | (Total of this page) | |

Sheet ___2___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    F & G Leonard, LLC                                                      ,    Case No. _____
                                    **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | | Pro Shop Inventory<br>See Attached Exhibit A | - | 49,165.38 |
| | | Kitchen Inventory: food, alcohol, and beverages<br>See attached Exhibit B | - | 12,235.77 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 61,401.15 |
| (Total of this page) | |
| Total > | 315,874.71 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  F & G Leonard, LLC
_____,
                    Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxxx2067 | | | | 2011 GMC Sierra Truck | | | | | |
| Creditor #: 1 Ally/GMC Financing Attn: Managing Agent PO Box 380901 Minneapolis, MN 55430 | | - | | | | | | | |
| | | | | Value $        27,000.00 | | | | 27,007.00 | 7.00 |
| Account No. | | | | Second Deed of Trust | | | | | |
| Creditor #: 2 RMIco, LLC Attn: Ray McCotter PO Box 12623 New Bern, NC 28561 | | - | | Clubhouse, tennis courts, pool, practice facility, and 18-hole golf course located at 401 Taberna Way, New Bern, NC. Maintenance building located at 301 Taberna Way, New Bern, NC. | | | X | | |
| | | | | Value $     2,800,000.00 | | | | 750,000.00 | 682,000.00 |
| Account No. | | | | First Deed of Trust, UCCs | | | | | |
| Creditor #: 3 Textron Financial Corp. Attn: Managing Agent 11575 Great Oaks Way, Ste 210 Alpharetta, GA 30022 | X | - | | All of Debtor's assets including real property, inventory, accounts receivable, equipment, furnishings, and supplies | | | | | |
| | | | | Value $     3,088,874.71 | | | | 2,732,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  0   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,509,007.00 | 682,007.00 |
| Total (Report on Summary of Schedules) | 3,509,007.00 | 682,007.00 |

B6E (Official Form 6E) (4/10)

.

In re    F & G Leonard, LLC                                    ,     Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                  __1__    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    F & G Leonard, LLC                                                ,    Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Creditor #: 1 City of New Bern Attn: Manager or Agent PO Box 1129 New Bern, NC 28563 | | | - | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| Creditor #: 2 Craven Co. Tax Collector Attn: Manager or Agent PO Box 1128 New Bern, NC 28563 | | | - | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 0.00          0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 0.00          0.00 |

B6F (Official Form 6F) (12/07)

In re    F & G Leonard, LLC                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxx-x0001 Creditor #: 1 BB&T ATTN: Jack R. Hayes PO Box 1847 Wilson, NC 27894-1847 | X | - | | | | | | | 38,122.00 |
| Account No. Creditor #: 2 Craven County EMS Attn: Managing Agent PO Box 863 Lewisville, NC 27023-0863 | | - | | | | | | | 590.00 |
| Account No. Creditor #: 3 E-Z Go/Textron Financial Attn: Managing Agent PO Box 905610 Charlotte, NC 28290-5610 | | - | | | | | | | 126,480.00 |
| Account No. xxxx7848 Creditor #: 4 East Carolina Bank Attn: Managing Agent PO Box 337 Engelhard, NC 27824 | | - | | | | | | | 41,137.00 |

___0___ continuation sheets attached

Subtotal (Total of this page)    206,329.00

Total (Report on Summary of Schedules)    206,329.00

B6G (Official Form 6G) (12/07)

In re    F & G Leonard, LLC                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Bill & Diane Aber<br>113 Stonewall Circle<br>New Bern, NC 28562 | membership |
| Larry Alderson<br>304 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Richie Amato<br>3513 Cranberry Lane<br>New Bern, NC 28562 | membership |
| Rick & Kellie Anderson<br>505 Taberna Way<br>New Bern, NC 28562 | membership |
| Bryon Ashbrook<br>106 Montreux Lane<br>New Bern, NC 28562 | membership |
| Dr. Thomas Axelson<br>411 Emmen Rd<br>New Bern, NC 28562 | membership |
| Craig & Pat R. Baader<br>1923 Tadcaster Rd<br>Catonsville, MD 21228 | membership |
| Donald & Maire Bailey<br>206 Emmen Rd<br>New Bern, NC 28562 | membership |
| Frank Bancer<br>5811 Barbary Coast Dr<br>New Bern, NC 28562 | membership |
| Jimmy & Stephanie Banton<br>107 Teufen Rd<br>New Bern, NC 28562 | membership |
| Gordon & Shelia Barnes<br>137 Teufen Rd<br>New Bern, NC 28562 | membership |
| David Batts<br>203 Barrington Way<br>New Bern, NC 28562 | membership |

32
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                        ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Curt W. Beach<br>605 Taberna Circle<br>New Bern, NC 28562 | membership |
| Duncan Beaumont<br>123 Walden Rd<br>New Bern, NC 28562 | membership |
| Steve & Kathy Beckel<br>107 Liestal Lane<br>New Bern, NC 28562 | membership |
| Fred & Mary Bender<br>201 Taberna Circle<br>New Bern, NC 28562 | membership |
| Noah & Carmen Bengur<br>107 Geneva Rd<br>New Bern, NC 28562 | membership |
| Kenneth & Angela Bennett<br>105 Neuse Harbor Blvd<br>New Bern, NC 28560 | membership |
| Charles G. Benson<br>192 Laura Drive<br>New Bern, NC 28562 | membership |
| Brian & Jennifer Blalock<br>113 Friburg Rd<br>New Bern, NC 28562 | membership |
| Henry & Marie Blot<br>109 Lugano Rd<br>New Bern, NC 28562 | membership |
| Harry Blot, Jr.<br>109 Lugano Rd<br>New Bern, NC 28562 | membership |
| Mike Bonheim<br>119 Emmen Rd<br>New Bern, NC 28562 | membership |
| Tom Book<br>3516 Old Airport Rd<br>New Bern, NC 28562 | membership |
| Julia Booth<br>123 St. Gallen Court<br>New Bern, NC 28562 | membership |

Sheet __1__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re      F & G Leonard, LLC                                                ,      Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| William Bradbury<br>129 St. Gallen Court<br>New Bern, NC 28562 | membership |
| Jim Bradley<br>1076 Spring Valley Drive<br>Carol Stream, IL 60188 | membership |
| Charlie & Florence Brewer<br>102 Nyon Rd<br>New Bern, NC 28562 | membership |
| Cecil Broome<br>107 Norbury Drive<br>New Bern, NC 28562 | membership |
| Gary Brown<br>2106 Horseshoe Bend<br>New Bern, NC 28562 | membership |
| Jeremy & Susan Bruno<br>205 Walden Court<br>New Bern, NC 28562 | membership |
| Patrick Bryant<br>PO Box 99<br>Alliance, NC 28509 | membership |
| Ralph & Sharon Bucci<br>68 Village Green<br>Apt E<br>Budd Lake, NJ 07858 | membership |
| Fred & Kelly Buchan<br>5711 Sloop Court<br>New Bern, NC 28560 | membership |
| Dennis & Diann Bucher<br>209 Appenzell Lane<br>New Bern, NC 28562 | membership |
| Phillip & Sarah Buffa<br>125 Walden Rd<br>New Bern, NC 28562 | membership |
| Rich & Robin Bunard<br>104 Mellen Rd<br>New Bern, NC 28562 | membership |
| Andrew & Stacy Burchfield<br>3508 Cranberry Lane<br>New Bern, NC 28562 | membership |

Sheet __2__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

In re    F & G Leonard, LLC                                          ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Eric & Laura Burgess<br>2211 Hidden Harbor<br>New Bern, NC 28562 | membership |
| Bob Burnett<br>112 Nyon Rd<br>New Bern, NC 28562 | membership |
| Ed Busch<br>464 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Gary Canton<br>24 Hunterfield Ln<br>New Bern, NC 28560 | membership |
| Ron & Julia Capshaw<br>601 Neuse Harbor Blvd<br>New Bern, NC 28560 | membership |
| Robert Cardini<br>230 Mellen Rd<br>New Bern, NC 28560 | membership |
| Clay & Jean Carson<br>205 Baden Court<br>New Bern, NC 28562 | membership |
| Rick & Carol Carter<br>Crystal Coast Mattress RX, Inc.<br>2739 Hwy 70 East<br>New Bern, NC 28562 | membership |
| Perry & Lynn Caswell<br>11905 Appling Valley Rd<br>Fairfax, VA 22030 | membership |
| Chuck & Susan Censullo<br>217 Ticino Court<br>New Bern, NC 28562 | membership |
| Peter & Arlene Champlin<br>116 Friburg Rd<br>New Bern, NC 28562 | membership |
| James & Lisa Chaney<br>603 Taberna Circle<br>New Bern, NC 28562 | membership |
| Umesh Chaudhary<br>510 Neuchatel Rd<br>New Bern, NC 28562 | membership |

Sheet   3   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                           ,      Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| David & Amanda Chempey<br>110 Montreux Lane<br>New Bern, NC 28562 | membership |
| Michael Closterman<br>112 Lugano Rd<br>New Bern, NC 28562 | membership |
| Club & Agronomy Services, Inc.<br>Attn: Manager or Agent<br>2008 Hydes Corner<br>New Bern, NC 28562 | contract for management and payroll services |
| Howard Cochran<br>109 Sursee Court<br>New Bern, NC 28562 | membership |
| Shane Conrad<br>616 W. Old York Rd<br>Carlisle, PA 17015 | membership |
| Bob Conway<br>101 Montreux Lane<br>New Bern, NC 28562 | membership |
| Tom & Patty Conway<br>110 Teufen Rd<br>New Bern, NC 28562 | membership |
| Bob & Christine Cook<br>25615 Anthem Terace<br>Chantilly, VA 20152 | membership |
| Jud & Michelle Copeland<br>103 Stafford Court<br>New Bern, NC 28562 | membership |
| Terry & Nicki Cormier<br>Gell Puch #0412<br>PO Box 6027<br>Schenectady, NY 12301 | membership |
| Bob Costanzo<br>128 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Chuck & Brenda Crabtree<br>106 Reinach Lane<br>New Bern, NC 28562 | membership |
| Alan & Marcia Crawford<br>213 Neuchatel Court<br>New Bern, NC 28562 | membership |

Sheet ___4___ of ___32___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC

, Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Iris Crawford<br>805 Taberna Circle<br>New Bern, NC 28562 | membership |
| James & Deborah Creghan<br>2515 Ludwig Court<br>Macungie, PA 18062 | membership |
| Bill Cullipher<br>713 Taberna Circle<br>New Bern, NC 28562 | membership |
| Chip & Lori Curley<br>101 Vaud Court<br>New Bern, NC 28562 | membership |
| Larry Curtis<br>220 Mellen Rd<br>New Bern, NC 28562 | membership |
| Nick & Liz D'Alessandro<br>113 Emmen Rd<br>New Bern, NC 28562 | membership |
| Drew & Elizabeth D'Angelo<br>108 Burben Lane<br>New Bern, NC 28560 | membership |
| Martha Daniels<br>PO Box 3139<br>New Bern, NC 28564 | membership |
| Charles Dannemann<br>111 Arbon Lane<br>New Bern, NC 28562 | membership |
| Manuel & Patricia DaSilva<br>117 Lugano Rd<br>New Bern, NC 28562 | membership |
| Tierra & David Wallace<br>PO Box 751625<br>Las Vegas, NV 89136-1625 | membership |
| John & Sheri Davidson<br>230 Ticino Court<br>New Bern, NC 28562 | membership |
| Curt & Susan Davis<br>5296 Hwy 117 N<br>Pikeville, NC 27863 | membership |

Sheet ___5___ of ___32___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Mike & Jodi Davis<br>217 Saratoga Lane<br>New Bern, NC 28562 | membership |
| Mary Katherine DeBruhl<br>112 Teufen Rd<br>New Bern, NC 28562 | membership |
| Mike Deichmann<br>PO Box 1310<br>New Bern, NC 28562 | membership |
| Pete Deichmann<br>PO Box 1310<br>New Bern, NC 28562 | membership |
| Charles Deigert<br>501 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Bob & Kathy Dellorfano<br>203 Mellen Rd<br>New Bern, NC 28562 | membership |
| Jim DeLuca<br>16 Franklin Avenue<br>Midland Park, NJ 07432 | membership |
| Gary & Allison Dembart<br>1616 Brices Creek Rd<br>New Bern, NC 28562 | membership |
| David & Temple DePlato<br>205 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Buddy & Kathy Devlin<br>120 Geneva Rd<br>New Bern, NC 28562 | membership |
| Dominic DiCostanzo<br>109 Baden Lane<br>New Bern, NC 28562 | membership |
| Dr. Nancy G. Dixon<br>102 Nydegg Court<br>New Bern, NC 28562 | membership |
| Dick Dodson<br>117 Geneva Rd<br>New Bern, NC 28562 | membership |

Sheet __6__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   F & G Leonard, LLC _____,    Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Robert Dofner<br>703 Taberna Circle<br>New Bern, NC 28562 | membership |
| Bob Donnelly<br>104 Teufen Rd<br>New Bern, NC 28562 | membership |
| Robert Dorsey<br>601 Pennslyvania Ave NW<br>North Building 406<br>Washington, DC 20004 | membership |
| Taylor Downey<br>c/o Weyerhauser Real Estate<br>1412 Eatonon Rd Ste 700<br>Madison, GA 30650-4646 | membership |
| Dennis & Christie Doyle<br>215 Ticino Court<br>New Bern, NC 28562 | membership |
| Al Drago<br>310 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Dr. Jim & Donna Drake<br>PO Box 102<br>Pollocksville, NC 28573 | membership |
| Jeff Duncan<br>100 Brody Lane<br>New Bern, NC 28562 | membership |
| Owen Duncan<br>2305 Brices Creek Rd<br>New Bern, NC 28562 | membership |
| Layne Dupree<br>147 Dylan Rd<br>New Bern, NC 28562 | membership |
| Bill & Lisa Durante<br>1217 Arbon Lane<br>New Bern, NC 28562 | membership |
| William & Vi Dwyer<br>105 Arbon Lane<br>New Bern, NC 28562 | membership |
| Gwen Eckert<br>107 Neuchatal Rd<br>New Bern, NC 28562 | membership |

Sheet   7   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   F & G Leonard, LLC                                              ,        Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ecolab<br>Attn: Managing Agent<br>PO Box 100512<br>Pasadena, CA 91189-0512 | lease of dishwasher equipment for kitchen/dining room |
| Cresswell Elmore<br>3810 Highland Oaks Dr<br>Fairfax, VA 22033 | membership |
| Fred & Ruth Elsner<br>101 St. Gallen Court<br>New Bern, NC 28562 | membership |
| Deane & Marion Erwin<br>117 Bergeron Way<br>Cary, NC 27519 | membership |
| Patricia Fair<br>122 Nyon Rd<br>New Bern, NC 28562 | membership |
| Renate Falcone<br>513 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Michael & Antoinette Farino<br>105 Emmen Rd<br>New Bern, NC 28562 | membership |
| Duane & Donna Farmer<br>121 Walden Rd<br>New Bern, NC 28562 | membership |
| Steven Farmer<br>PO Box 14644<br>New Bern, NC 28562 | membership |
| Ed & Mary Ann Faulkner<br>201 Neuchatel Court<br>New Bern, NC 28562 | membership |
| Ed & Kathryn Fergus<br>119 Walden Rd<br>New Bern, NC 28562 | membership |
| Dick & Claire Finnegan<br>201 Nydegg Rd<br>New Bern, NC 28562 | membership |
| Craig Fishel<br>219 Mellen Rd<br>New Bern, NC 28562 | membership |

Sheet __8__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                              ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Micheal Fisher<br>207 Camp Kire Rd<br>New Bern, NC 28560 | membership |
| Bob & Carol Flaherty<br>103 Kriens Court<br>New Bern, NC 28562 | membership |
| Bill Flannery<br>114 Walden Rd<br>New Bern, NC 28562 | membership |
| Barbara Flynn<br>905 Brices Court<br>New Bern, NC 28562 | membership |
| Mark Folk<br>204 Ticino Court<br>New Bern, NC 28562 | membership |
| Bob Forsythe<br>108 Geneva Rd<br>New Bern, NC 28562 | membership |
| Kaye Frampton-Brown<br>222 Linden St<br>New Bern, NC 28560 | membership |
| Gladys Frankson<br>435 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Greg Frayser<br>123 Teufen Rd<br>New Bern, NC 28562 | membership |
| Richard & Betty Frenzel<br>103 Lancy Lane<br>New Bern, NC 28562 | membership |
| Michael Fujimagari<br>212 Ticeno Court<br>New Bern, NC 28562 | membership |
| Homer & Elaine Fults<br>118 Jordan Drive<br>New Bern, NC 28562 | membership |
| Stephen Futh<br>3 Traveller Lane<br>New Bern, NC 28562 | membership |

Sheet  9  of  32  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                                    ,    Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| John Galvanek<br>117 Teufen Rd<br>New Bern, NC 28562 | membership |
| Adrienne Garmise<br>104 Lancey Lane<br>New Bern, NC 28562 | membership |
| Brian Gatchel<br>405 Emmen Rd<br>New Bern, NC 28562 | membership |
| Richard & Carol Gatchel<br>115 Arbon Lane<br>New Bern, NC 28562 | membership |
| John H. Geis<br>214 Ticino Court<br>New Bern, NC 28562 | membership |
| Bruce & Dru Gemmill<br>204 Mellen Rd<br>New Bern, NC 28562 | membership |
| Billy & Tonya Gent<br>100 Appenzell Lane<br>New Bern, NC 28562 | membership |
| William Gibson<br>102 Arbon Lane<br>New Bern, NC 28562 | membership |
| John & Judy Gilbert<br>110 Vaud Court<br>New Bern, NC 28562 | membership |
| Robert & Rita Gillham<br>1226 Petite Terre<br>New Bern, NC 28560 | membership |
| Larry & Nancy Gilliam<br>119 Teufen Rd<br>New Bern, NC 28562 | membership |
| Brian & Charlotte Graham<br>102 Friburg Rd<br>New Bern, NC 28562 | membership |
| Doug & Susan Griebling<br>208 Emmen Rd<br>New Bern, NC 28562 | membership |

Sheet __10__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                              ,      Case No. _____

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Allen & Mimi Grinalds<br>101 Portsmouth Court<br>New Bern, NC 28562 | membership |
| Pete Guinivan<br>124 Mellen Rd<br>New Bern, NC 28562 | membership |
| Robert Gunthy<br>118 Arbon Lane<br>New Bern, NC 28562 | membership |
| Christopher & Catherine Hadad<br>206 Appenzell Lane<br>New Bern, NC 28562 | membership |
| Don Haines<br>107 Arbon Lane<br>New Bern, NC 28562 | membership |
| Patrick & McKenzie Hall<br>208 Arbon Court<br>New Bern, NC 28562 | membership |
| Ben & Donnette Hamcock<br>115 Teufen Rd<br>New Bern, NC 28562 | membership |
| Dale Hanson<br>307 Neuse Harbor Blvd<br>New Bern, NC 28562 | membership |
| Don & Jean Hanson<br>108 Reinach Lane<br>New Bern, NC 28562 | membership |
| Thomas & Esther Hardin, Jr.<br>104 Geneva Rd<br>New Bern, NC 28562 | membership |
| Jerry & Kim Hardison<br>116 Wingate Drive<br>New Bern, NC 28562 | membership |
| Steve & Ann Harman<br>103 Appenzell Lane<br>New Bern, NC 28562 | membership |
| Tom & Vicki Harmon<br>130 Walden Rd<br>New Bern, NC 28562 | membership |

Sheet   __11__   of   __32__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                              ,        Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Thomas Harris 2117 Hidden Harbour Drive New Bern, NC 28562 | membership |
| Michael Hartline 382 Carolina Pines Blvd New Bern, NC 28560 | membership |
| Peggy Harum 2800-A Old Cherry Point Rd New Bern, NC 28560 | membership |
| Marlin & Bonnie Havener 702 Taberna Circle New Bern, NC 28562 | membership |
| Mike & Michele Hearne Hearnes Jewelers PO Box 1408 New Bern, NC 28563 | membership |
| Jim Heisey 504 East Barkley Ave Orange, CA 92867 | membership |
| Mark Held 206 Barkside Lane New Bern, NC 28562 | membership |
| Kevin & Jennifer Hermann 111 Lugano Rd New Bern, NC 28562 | membership |
| Steve & jean Himelspach 104 Emmen Rd New Bern, NC 28562 | membership |
| Eric & Cagney Himler 13301 Whinneyford Court Bristow, VA 20316 | membership |
| Jack Holloway 122 Mellen Rd New Bern, NC 28562 | membership |
| Lee & Becky Holloway 450 Steamboat Lane Hartfield, VA 23071 | membership |
| Alan & Jami Horton 207 Nyon Court New Bern, NC 28562 | membership |

Sheet __12__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Henry & Mary-Ann Hudak<br>6316 Gondolier Drive<br>New Bern, NC 28562 | membership |
| Elliot & Nancy Hudgins, III<br>103 Walden Rd<br>New Bern, NC 28562 | membership |
| Chris & Tara Hughes<br>401 Taberna Circle<br>New Bern, NC 28562 | membership |
| Don Hughes<br>113 St. Gallen Court<br>New Bern, NC 28562 | membership |
| Helen Ilsley<br>6 Arch Lane<br>Hicksville, NY 11801 | membership |
| Lou & Jennifer Jacksits<br>129 Teufen Rd<br>New Bern, NC 28562 | membership |
| Charlie & Ann Jackson<br>202 Geneva Court<br>New Bern, NC 28562 | membership |
| Gordon Jameson<br>106 Mellen Rd<br>New Bern, NC 28562 | membership |
| Jack & Barabara Janezeck<br>1315 Santa Lucie Rd<br>New Bern, NC 28560 | membership |
| Bill & Judy Johnson<br>120 Nyon Rd<br>New Bern, NC 28562 | membership |
| Ed & Julie Jones<br>208 Mellen Rd<br>New Bern, NC 28562 | membership |
| Elaine Jordan<br>121 Mellen Rd<br>New Bern, NC 28562 | membership |
| Tom & Allison Jordan<br>113 Walden Rd<br>New Bern, NC 28562 | membership |

Sheet __13__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dave & Rae Jumba<br>4619 Windbrook Drive<br>Murrysville, PA 15668 | membership |
| Daniel Kapp<br>895 Eagle Ave<br>Ann Arbor, MI 48103 | membership |
| Eva Kelliher<br>446 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Joseph Kelly<br>607 Taberna Way<br>New Bern, NC 28562 | membership |
| Norman Kendall<br>125 Geneva Rd<br>New Bern, NC 28562 | membership |
| Robert Keyser<br>103 Montreux Lane<br>New Bern, NC 28562 | membership |
| Rick Kiefer<br>3793 Raptor Court<br>Colgate, WI 53017 | membership |
| Timothy & Rhonda Kiley<br>117 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Glen & Sylvia Killian<br>131 Geneva Rd<br>New Bern, NC 28562 | membership |
| Randall King<br>115 Friburg Rd<br>New Bern, NC 28562 | membership |
| Amelia & Tim Klaumann<br>112 Brugg Court<br>New Bern, NC 28562 | membership |
| Ren Klawson<br>108 Jura Court<br>New Bern, NC 28562 | membership |
| Allen Klemmer<br>303 Taberna Circle<br>New Bern, NC 28562 | membership |

Sheet   14   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                             ,      Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| David & Barbara Kline<br>218 E. Homer St<br>Ebensburg, PA 15931 | membership |
| Don & Sharon Krejcarek<br>119 Geneva Rd<br>New Bern, NC 28562 | membership |
| Jim Krise<br>101 Appenzell Lane<br>New Bern, NC 28562 | membership |
| John Kurtz<br>304 Brickenridge Lane<br>New Bern, NC 28560 | membership |
| Check & Deborah Lancaster<br>101 Rollingwood Drive<br>New Bern, NC 28562 | membership |
| Rick Lang<br>108 Emmen Rd<br>New Bern, NC 28562 | membership |
| Paul Langevin<br>47 Hayes Drive<br>Vernon Rockville, CT 06066 | membership |
| Teri Lanthrop<br>516 W. Wilson Creek Drive<br>New Bern, NC 28562 | membership |
| Daniel Larimer<br>121 Geneva Rd<br>New Bern, NC 28562 | membership |
| Dick & Carol Larimer<br>708 Taberna Circle<br>New Bern, NC 28562 | membership |
| Kevin Lawrence<br>121 Nyon Rd<br>New Bern, NC 28562 | membership |
| James & Donna Lee<br>232 Ticino Court<br>New Bern, NC 28562 | membership |
| Al Lefebvre<br>206 Arbon Court<br>New Bern, NC 28562 | membership |

Sheet   __15__   of   __32__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     F & G Leonard, LLC

,                Case No. _____

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Michael Lewellyn<br>210 Nyon Court<br>New Bern, NC 28562 | membership |
| Tom & Barbara Lewis<br>4207 Dandridge Terrace<br>Alexandria, VA 22309 | membership |
| Ken & Sue Lima<br>208 Ticino Court<br>New Bern, NC 28562 | membership |
| William & Ann Lindsay<br>1308 Gresham Rd<br>Silver Spring, MD 20904 | membership |
| Bob Livingston<br>210 Nydegg Rd<br>New Bern, NC 28562 | membership |
| David Lloyd<br>707 Taberna Circle<br>New Bern, NC 28562 | membership |
| Louis & Charlotte Longo<br>224 Ticino Court<br>New Bern, NC 28562 | membership |
| Dr. Bill & Amy Lorio<br>119 Mellen Rd<br>New Bern, NC 28562 | membership |
| Donald Loudin<br>106 Valais Court<br>New Bern, NC 28562 | membership |
| Josh & Mindy Luck<br>220 Ticino Court<br>New Bern, NC 28562 | membership |
| Raymond Luken<br>113 Teufen Rd<br>New Bern, NC 28562 | membership |
| George Lupton, III<br>UBS Financial Services<br>3060 Peachtree Rd NW #200<br>Atlanta, GA 30305 | membership |
| Kevin & AManda Lyle<br>413 Neuchatel Rd<br>New Bern, NC 28562 | membership |

Sheet   16   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                    ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Stephen & Susan Mabie<br>137 Geneva Rd<br>New Bern, NC 28562 | membership |
| Bill MacSaveny<br>2640 Sheldon Place<br>Oceanside, NY 11572 | membership |
| Frank Mageau<br>103 Nyon Rd<br>New Bern, NC 28562 | membership |
| Larry Major<br>1135 Gurten St<br>New Bern, NC 28562 | membership |
| Eugene & Carmel Mamajek<br>102 Teufen Rd<br>New Bern, NC 28562 | membership |
| Larry Mangel<br>100 Kriens Court<br>New Bern, NC 28562 | membership |
| Tom Manila<br>122 Walden Court<br>New Bern, NC 28562 | membership |
| Ramon Marble<br>102 Kriens Court<br>New Bern, NC 28562 | membership |
| Art & Jane Marini<br>407 Taberna Circle<br>New Bern, NC 28562 | membership |
| John & Lena Markert<br>203 Emmen Rd<br>New Bern, NC 28562 | membership |
| Robert Markman<br>705 Taberna Circle<br>New Bern, NC 28562 | membership |
| Ed Marsh<br>105 Horgen Court<br>New Bern, NC 28562 | membership |
| Thomas Marshall<br>648 Lucylle Lane<br>Olivenhain, CA 92024 | membership |

Sheet   17   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ken Martin<br>108 Brugg Court<br>New Bern, NC 28562 | membership |
| Brian & Sue McCarthy<br>113 Reinach Lane<br>New Bern, NC 28562 | membership |
| Ron & Chris McCausland<br>222 Mellen Rd<br>New Bern, NC 28562 | membership |
| Mary McCradle<br>409 Taberna Circle<br>New Bern, NC 28562 | membership |
| Sean & Paula McElhennon<br>216 Nydegg Rd<br>New Bern, NC 28562 | membership |
| John McGinness<br>2506 Hickory St<br>New Bern, NC 28562 | membership |
| Frank McKee<br>908 Taberna Circle<br>New Bern, NC 28562 | membership |
| Patrick & Deborah McKee<br>1221 Broad Creek Rd<br>New Bern, NC 28560 | membership |
| Diane McKeel<br>4323 Old Cherry Point Rd<br>New Bern, NC 28560 | membership |
| Bill McLaughlin<br>423 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Doug McMullen<br>303 Palisades Way<br>New Bern, NC 28560 | membership |
| George & Bernadette McNulty<br>105 Liestal Lane<br>New Bern, NC 28562 | membership |
| Men's Golf Association<br>Attn: TGMA- Tom Manula<br>122 Walden Rd<br>New Bern, NC 28562 | membership |

Sheet   18   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                                    ,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Paul & Genie Meyer<br>108 Arbon Lane<br>New Bern, NC 28562 | membership |
| Frank & Nina Middleton<br>302 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Ed Mirise<br>209 Mellen Rd<br>New Bern, NC 28562 | membership |
| Malcolm & Betty Lou Mitchell<br>122 Arbon Lane<br>New Bern, NC 28562 | membership |
| Jim & Ruth Mock<br>112 Mellen Rd<br>New Bern, NC 28562 | membership |
| Robert Morris<br>613 Creekwood Dr<br>New Bern, NC 28562 | membership |
| William Morris<br>117 Walden Rd<br>New Bern, NC 28562 | membership |
| Tom & Polly Morton<br>118 Mellen Rd<br>New Bern, NC 28562 | membership |
| Dave Mueller<br>315 Taberna Circle<br>New Bern, NC 28562 | membership |
| Gerald & Theresa Mueller<br>504 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Carol Muessen<br>408 Neuchatel Rd<br>New Bern, NC 28560 | membership |
| John & Joan Murphey<br>108 Vaud Court<br>New Bern, NC 28562 | membership |
| Michael & Joanne Murphy<br>104 Baden Lane<br>New Bern, NC 28562 | membership |

Sheet   19   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   F & G Leonard, LLC _____,   Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| David & Joann Myers<br>20288 Pezzana Drive<br>Venice, FL 34292 | membership |
| Chuck Nails, Jr.<br>106 Friburg Rd<br>New Bern, NC 28562 | membership |
| Al & Marge Nieber<br>PO Box 207<br>Corning, NY 14830 | membership |
| Guy & Doris Norton<br>214 Neuchatel Court<br>New Bern, NC 28562 | membership |
| Jay & Marie O'Leary<br>10062 Oakridge Drive<br>Wexford, PA 15090 | membership |
| Charles & Amanda Oakley<br>PO Box 1009<br>Havelock, NC 28532 | membership |
| Jerry Ocorr<br>114 Johnson Point Rd<br>New Bern, NC 28560 | membership |
| Carl & Julie Oldani<br>105 Vaud Court<br>New Bern, NC 28562 | membership |
| Sidge Olszewski<br>107 Mellen Rd<br>New Bern, NC 28562 | membership |
| Mickey Ostheimer<br>105 Mellen Road<br>New Bern, NC 28562 | membership |
| Bill & Ann Ouellette<br>415 Neuchatel Road<br>New Bern, NC 28562 | membership |
| Dan & Sandra Oxford<br>P.O. Box 1310<br>New Bern, NC 28563 | membership |
| Ronald & Alice Packard<br>1986 Hood's Creek Drive<br>New Bern, NC 28562 | membership |

Sheet __20__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Russell Packard<br>124 Friburg Road<br>New Bern, NC 28562 | membership |
| Paul & Suzanne Schrenk<br>110 Baden Lane<br>New Bern, NC 28562 | membership |
| James & Joan Peacock<br>208 Mellen Road<br>New Bern, NC 28562 | membership |
| Barry & Julie Pearson<br>229 Ticino Court<br>New Bern, NC 28562 | membership |
| Gene Peele<br>303 Emmen Road<br>New Bern, NC 28562 | membership |
| Noel Pinkcard<br>111 Teufen Road<br>New Bern, NC 28562 | membership |
| Pitney Bowes<br>Attn: Managing Agent<br>PO Box 856460<br>Louisville, KY 40285-6042 | Lease of postage machine and postage meter, set to expire June, 2012 |
| Denise Plourde<br>101 White Ash Lane<br>New Bern, NC 28562 | membership |
| PNC Equipment Finance<br>Attn: Managing Agent<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | Lease for member carts and golf maintenance carts-set to expire September, 2014 (formerly Textron, assigned to PNC) |
| Henry & Debbie C. Polacke<br>218 Ticino Court<br>New Bern, NC 28562 | membership |
| Michael D. Polizzi<br>303 Mahaffey Lane<br>New Bern, NC 28560 | membership |
| Jim Polo<br>115 Walden Road<br>New Bern, NC 28562 | membership |
| Nathan Powell<br>3402 Atwater Court<br>Bowie, MD 20716 | membership |

Sheet ___21___ of ___32___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC _____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Professional Auto Service<br>2215 Country Club Road<br>New Bern, NC 28562 | membership |
| Dave & Debbie Prohaska<br>7685 Elaine Court<br>Port Tobacco, MD 20677 | membership |
| Frank Quitoni<br>1450 Scalp Avenue<br>Johnstown, PA 15904 | membership |
| Frank & Nan Rackley<br>101 Vida Lane<br>New Bern, NC 28560 | membership |
| Cheryl Ray<br>118 Sursee Court<br>New Bern, NC 28562 | membership |
| Robert & Leanne Reddick<br>113 Ticino Road<br>New Bern, NC 28562 | membership |
| Richard H. Reed<br>106 Jura Court<br>New Bern, NC 28562 | membership |
| Walt & Carol Reed<br>206 Mellen Road<br>New Bern, NC 28562 | membership |
| John & Jean C. Reichenbach<br>110 Neuchatel Road<br>New Bern, NC 28562 | membership |
| Chip Rice<br>130 Teufen Road<br>New Bern, NC 28562 | membership |
| Debbie C. Rice<br>2015 Perrytown Loop Road<br>New Bern, NC 28562 | membership |
| Jim & Marsha Richardson<br>101 Sursee Court<br>New Bern, NC 28562 | membership |
| Linda Richardson<br>402 Taberna Circle<br>New Bern, NC 28562 | membership |

Sheet __22__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     F & G Leonard, LLC
                                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Chris & Michele Richie<br>104 Arbon Lane<br>New Bern, NC 28562 | membership |
| Dick Riordan<br>P.O. Box 3165<br>New Bern, NC 28564 | membership |
| Gregory & Sharon C. Risk<br>113 Arbon Lane<br>New Bern, NC 28562 | membership |
| Wolfgang & Mary Ritter<br>204 Skysail Blvd.<br>New Bern, NC 28562 | membership |
| Joel & Sharon Rivers<br>116 Rollingwood Drive<br>New Bern, NC 28562 | membership |
| Mary Roberts<br>520 Taberna Way<br>New Bern, NC 28562 | membership |
| Gordon D. Robeson<br>403 Mellen Court<br>New Bern, NC 28562 | membership |
| Jesse Robinson<br>109 Montreux Lane<br>New Bern, NC 28562 | membership |
| Clay & Cynthia Rogers<br>15737 Marberry Heights Way<br>Dumfries, VA 22025 | membership |
| Don & Lynn Rogers<br>211 Appenzell Lane<br>New Bern, NC 28562 | membership |
| Bert & Ramona Rose<br>200 West Palmer Drive<br>New Bern, NC 28560 | membership |
| Jere & Barbara Rose<br>105 Kriens Court<br>New Bern, NC 28562 | membership |
| BIll & Nancy Rounds<br>224 Mellen Rd<br>New Bern, NC 28562 | membership |

Sheet __23__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Bart & Betty Rovins<br>119 Lugano Rd<br>New Bern, NC 28561-3901 | membership |
| John & Cecilia Rueschlin<br>109 Vaud Court<br>New Bern, NC 28562 | membership |
| Andrew Rundle<br>2809 Wake Water Way<br>Woodbridge, VA 22191 | membership |
| Bob Russell<br>20516 Sarazen Lane<br>Patterson, CA 95363 | membership |
| Deirde Russell<br>128 Teufen Rd<br>New Bern, NC 28562 | membership |
| Gian & Sandra Russo<br>114 Reinach Lane<br>New Bern, NC 28562 | membership |
| James Russo<br>PO Box 12867<br>New Bern, NC 28561 | membership |
| Jamie & Laura Sabater<br>106 Brugg Court<br>New Bern, NC 28562 | membership |
| Dana & Linda Sagan<br>67 Barstow Lane<br>Tolland, CT 06084 | membership |
| Robert Sagar<br>107 Montreux Lane<br>New Bern, NC 28562 | membership |
| Jarrod Salvino<br>324 Lochbridge St<br>New Bern, NC 28562 | membership |
| Winthrop Sargent, Jr.<br>PO Box 115<br>Dayton, VA 22821 | membership |
| John & Susan Sasser<br>94 Branch Hill Rd<br>Preston, CT 06365 | membership |

Sheet __24__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    F & G Leonard, LLC
_____,        Case No. _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ray Savage<br>111 Vaud Court<br>New Bern, NC 28562 | membership |
| Tom & Pat Schaible<br>106 Lancy Lane<br>New Bern, NC 28562 | membership |
| Joseph Schiffino<br>325 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Bob Schwarzkof<br>104 Reinach Lane<br>New Bern, NC 28562 | membership |
| John Scirica<br>120 Teufen Rd<br>New Bern, NC 28562 | membership |
| Bryan & Joyce Scoggins<br>103 Vaud Court<br>New Bern, NC 28562 | membership |
| P.D. Scott<br>119 Arbon Lane<br>New Bern, NC 28562 | membership |
| John & Laura Serumgard<br>112 Sursee Court<br>New Bern, NC 28562 | membership |
| Chris & Teresa Shankle<br>Crystal Coast Mattress RX, Inc.<br>2739 Hwy 70 East<br>New Bern, NC 28562 | membership |
| John Shipherd<br>1202 Carmel Lane<br>New Bern, NC 28562 | membership |
| John & Judy Simon<br>111 Montreux Lane<br>New Bern, NC 28562 | membership |
| Bob & Theresa Sines<br>507 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| John & Melissa Sisson<br>111 Wingate Drive<br>New Bern, NC 28562 | membership |

Sheet   25   of   32   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re    F & G Leonard, LLC
_____,          Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Robert & Constance Sithens<br>212 Emmen Rd<br>New Bern, NC 28562 | membership |
| Bruce & Teresa Sizemore<br>110 Reinach Lane<br>New Bern, NC 28562 | membership |
| David & Margo Skaggs<br>203 Appenzell Lane<br>New Bern, NC 28562 | membership |
| Jason & Lee Ann Skladan<br>104 Friburg Rd<br>New Bern, NC 28562 | membership |
| Etta & Walt Smith<br>101 Valais Court<br>New Bern, NC 28562 | membership |
| Jack Smith<br>406 Emmen Rd<br>New Bern, NC 28562 | membership |
| Terry Smith<br>101 Lugano Rd<br>New Bern, NC 28562 | membership |
| Lillian Solby<br>410 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Richard Soloby<br>PO Box 59<br>Oriental, NC 28571 | membership |
| Maria Sonntag<br>202 Snead Rd<br>New Bern, NC 28560 | membership |
| Daniel & Beth Spano<br>4731 Shannonhouse Rd<br>Apt 111<br>Raleigh, NC 27612 | membership |
| Paul Spotts<br>117 Reinach Lane<br>New Bern, NC 28562 | membership |
| Bill & Diane Stamm<br>102 Liestal Lane<br>New Bern, NC 28562 | membership |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    F & G Leonard, LLC _____,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Gary & Marilyn Stanley 103 Arbon Lane New Bern, NC 28563 | membership |
| Monte & Lora Starr 108 Frieburg Rd New Bern, NC 28562 | membership |
| Tom & Susan Stewart 211 Mellen Rd New Bern, NC 28562 | membership |
| Ed & Maian Stinnette 132 Geneva Rd New Bern, NC 28562 | membership |
| Mack & Kristen Storrs 115 Emmen Rd New Bern, NC 28562 | membership |
| Gordon Streeter 460 Neuchatel Rd New Bern, NC 28562 | membership |
| Edward & Linda Struckrath 606 Taberna Circle New Bern, NC 28562 | membership |
| Judy & Joseph Sullivan 501 Neuse Harbor Blvd New Bern, NC 28560 | membership |
| Dale & Sarah Swan 1304 Santa Lucia Drive New Bern, NC 28560 | membership |
| Tim & Sandy Tabak 3512 Old Airport Rd New Bern, NC 28562 | membership |
| Phillip Tabor 501 Taberna Circle New Bern, NC 28562 | membership |
| Will & Vicky Tais 104 Valais Court New Bern, NC 28562 | membership |
| Raymond & Mary Tait 313 Sky Sail Blvd New Bern, NC 28560 | membership |

Sheet  __27__  of  __32__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                                  Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Tandemloc, Inc.<br>824 Hwy 101<br>Havelock, NC 28532 | membership |
| Scott Tarcy<br>301 Gatewood Drive<br>New Bern, NC 28562 | membership |
| Malcolm & Linda Taylor<br>932 Sea Holly Court<br>New Bern, NC 28560 | membership |
| Ted & Birdie Grignon<br>218 Mellen Rd<br>New Bern, NC 28562 | membership |
| Stanley & Patricia Tencza, Jr.<br>114 Neuchatel Rd<br>New Bern, NC 28562 | membership |
| Russell Terry<br>122 Teufen Rd<br>New Bern, NC 28562 | membership |
| Gary & Carol Thirkell<br>101 Lancy Lane<br>New Bern, NC 28562 | membership |
| Keith & Margi Thompson<br>103 Emmen Rd<br>New Bern, NC 28562 | membership |
| Gary Tiddt<br>PO Box 12770<br>New Bern, NC 28561 | membership |
| Carl & Jennifer Toler<br>604 Taberna Circle<br>New Bern, NC 28562 | membership |
| David Tooker<br>PO Box 12863<br>New Bern, NC 28561 | membership |
| Jack Townley<br>101 Boleyn Loop<br>New Bern, NC 28562 | membership |
| Paul Tracewell<br>903 Taberna Circle<br>New Bern, NC 28562 | membership |

Sheet __28__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC
_____,    Case No. _____
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Thomas & Ruth Tucker<br>100 Reinach Lane<br>New Bern, NC 28562 | membership |
| Dick & Carol Turner<br>216 Mellen Rd<br>New Bern, NC 28562 | membership |
| Kathleen Turner<br>111 Rowayton Woods Drive<br>Norwalk, CT 06854-3936 | membership |
| Doug & Nancy Uhland<br>228 Mellen Rd<br>New Bern, NC 28562 | membership |
| US Bank<br>Attn: Managing Agent<br>1450 Channel Pkwy<br>Marshall, MN 56258 | Lease of irrigation equipment for golf course |
| Jay Valentine<br>105 Boelyn Loop<br>New Bern, NC 28562 | membership |
| Rick Van Der Leest<br>3585 Flintlock Court<br>Suamico, WI 54173 | membership |
| Tim & Robin Varner<br>103 Mellen Rd<br>New Bern, NC 28562 | membership |
| Gus & Mary Villanova<br>1514 Santa Lucia Rd<br>New Bern, NC 28560 | membership |
| Maria Vincent<br>104 Vaud Court<br>New Bern, NC 28562 | membership |
| Rudy Wagner<br>120 Mellen Rd<br>New Bern, NC 28562 | membership |
| Clarence & Barbara Wagoner<br>214 Emmen Rd<br>New Bern, NC 28562 | membership |
| Dan & Debbie Walczak<br>114 Sursee Court<br>New Bern, NC 28562 | membership |

Sheet __29__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                                    ,    Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dan & Annette Walker<br>1506 Lucrene Way<br>New Bern, NC 28560 | membership |
| Jerry Walker<br>2 Chesnut Lane<br>Pinehurst, NC 28374 | membership |
| Ralph & Linda Waller<br>127 Geneva Rd<br>New Bern, NC 28562 | membership |
| Tom Watson<br>1110 Arbon Lane<br>New Bern, NC 28562 | membership |
| Paul & Julianne Weaver<br>104 Montreux Lane<br>New Bern, NC 28562 | membership |
| Charles & Frances Webb<br>204 Baden Court<br>New Bern, NC 28562 | membership |
| Kurt & Rose Weinheimer<br>122 Lugano Rd<br>New Bern, NC 28562 | membership |
| Phil & Joyce Weller<br>502 Taberna Way<br>New Bern, NC 28562 | membership |
| Ken Weltz<br>106 Geneva Rd<br>New Bern, NC 28562 | membership |
| Robert & Virgina Wernersbach<br>106 Vaud Court<br>New Bern, NC 28562 | membership |
| Ray & Kathryn Weston<br>12834 Karnes Rd<br>Glen Arm, MD 21057 | membership |
| Owen White<br>115 Reinach Lane<br>New Bern, NC 28562 | membership |
| Thomas & Patricia Whiteford<br>226 Ticino Court<br>New Bern, NC 28562 | membership |

Sheet __30__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  F & G Leonard, LLC
_____,    Case No. _____
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Jerry & Deborah Willard<br>108 Ticino Rd<br>New Bern, NC 28562 | membership |
| Steve & Maureen Willcox<br>329 Tall Timbers Rd<br>Glastonbury, CT 06033 | membership |
| David & Annette Williams<br>109 Friburg Rd<br>New Bern, NC 28562 | membership |
| John & Carrie Williams<br>225 Ticino Court<br>New Bern, NC 28562 | membership |
| Jim Wilson<br>109 Reinach Lane<br>New Bern, NC 28562 | membership |
| Jim & Dotty Wilson<br>311 Taberna Circle<br>New Bern, NC 28562 | membership |
| Robert & Mary Womack<br>504 Emmen Rd<br>New Bern, NC 28562 | membership |
| Women's Golf Association<br>Attn: TWGA c/o Debbie Walczak<br>114 Sursee Court<br>New Bern, NC 28562 | membership |
| Bruce & Diana Wood<br>121 St. Gallen Court<br>New Bern, NC 28562 | membership |
| Jeff Wood<br>712 Taberna Circle<br>New Bern, NC 28562 | membership |
| Kenneth Woods<br>113 Lugano Rd<br>New Bern, NC 28562 | membership |
| Jack Wright<br>107 Walden Rd<br>New Bern, NC 28562 | membership |
| Michael Wrysch<br>414 Neuchatel Rd<br>New Bern, NC 28562 | membership |

Sheet __31__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    F & G Leonard, LLC                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Michael & Maryann Yates<br>104 Wingate Drive<br>New Bern, NC 28562 | membership |
| Dr. John Zannis<br>106 Baden Lane<br>New Bern, NC 28562 | membership |
| Michael & Lisa Zarr<br>Crystal Coast Mattress, Inc.<br>2739 Hwy 70 East<br>New Bern, NC 28562 | membership |

Sheet __32__ of __32__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    F & G Leonard, LLC                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gretchen Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | Textron Financial Corp.<br>Attn: Managing Agent<br>11575 Great Oaks Way, Ste 210<br>Alpharetta, GA 30022 |
| James Frederick Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | Textron Financial Corp.<br>Attn: Managing Agent<br>11575 Great Oaks Way, Ste 210<br>Alpharetta, GA 30022 |
| Robert Keyser<br>103 Mortreux Lane<br>New Bern, NC 28562 | BB&T<br>ATTN: Jack R. Hayes<br>PO Box 1847<br>Wilson, NC 27894-1847 |

0

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    F & G Leonard, LLC                                      Case No. _____

                                        Debtor(s)            Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member-Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___48___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    February 21, 2011                    Signature    /s/ James Frederick Leonard

                                                          James Frederick Leonard
                                                          Member-Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    F & G Leonard, LLC                                        Case No.

                                            Debtor(s)           Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $117,983.72 | 2011 YTD Gross Receipts |
| $1,737,415.06 | 2010 Gross Receipts |
| $1,775,233.11 | 2009 Gross Receipts |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                     AMOUNT                   SOURCE

2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| see attached Exhibit C | | $0.00 | $0.00 |

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.   Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| 11-SP-5 In the Matter of the Foreclosure of the Deed of Trust executed by F & G Leonard, LLC Grantor, in Deed of Trust to Fidelity National Title Insurance Company, Trustee for Textron Financial Corporation, Original Holder, securing an indebtness int he original principal amount of $3,750,000.00 dated September 28, 2005, and recorded in Book 2354, Page 63, Craven County Register or Deeds | foreclosure | Carven County Superior Court | pending |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | 1/7/11 | $26,039.00 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14.  Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Robert Cardini<br>230 Mellon Rd<br>New Bern, NC 28562 | piano | Taberna Country Club Dining Room<br>401 Taberna Way, New Bern, NC 28562 |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Hardison & Hardison<br>PO Box 12342<br>New Bern, NC 28560 | 2006- present |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Hardison & Hardison | PO Box 12342<br>New Bern, NC 28560 | 2006- present |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Hardison & Hardison | PO Box 12342<br>New Bern, NC 28560 |

7

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was |
| ☐ | issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Textron Financial<br>Attn: Manager or Agent<br>11575 Great Oaks Way, Ste 210<br>Alpharetta, GA 30022 | monthly and annually |
| BB&T<br>Attn: Gary Brown<br>375 Front St<br>New Bern, NC 28562 | 2009 |

---

**20. Inventories**

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, |
| ☐ | and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| January 2011 | Kathy Smith | |

| None | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
| ☐ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January 2011 | F & G Leonard, LLC<br>401 Taberna Way<br>New Bern, NC 28562 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| ■ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, |
| ☐ | controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| Gretchen Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | Member-Manager | 27.84% |
| James Frederick Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | Member-Manager | 27.84% |

---

**22 . Former partners, officers, directors and shareholders**

| None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the |
| ■ | commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   <u>February 21, 2011</u>                   Signature   <u>/s/ James Frederick Leonard</u>
                                                               James Frederick Leonard
                                                               Member-Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re  F & G Leonard, LLC _____ ,  Case No. _____

                             Debtor

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fred & Mary Bender<br>201 Taberna Circle<br>New Bern, NC 28562 | | 1.75% | |
| Harold Blot<br>109 Lugano Rd<br>New Bern, NC 28562 | | 1.75% | |
| Chuck & Susan Censullo<br>217 Ticino Court<br>New Bern, NC 28562 | | 1.75% | |
| Owen Dunn<br>2305 Brices Creek Rd<br>New Bern, NC 28562 | | 1.75% | |
| H. John Geis<br>214 Ticino Court<br>New Bern, NC 28562 | | 1.75% | |
| Jim Heisey<br>504 East Barkley Ave<br>Orange, CA 92867 | | 2.8% | |
| Robert Keyser<br>103 Montreux Lane<br>New Bern, NC 28562 | | 1.75% | |
| Gretchen Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | | 27.84 % | |
| James Frederick Leonard<br>401 Taberna Way<br>New Bern, NC 28562 | | 27.84% | |
| Louis & Charlotte Longo<br>224 Ticino Court<br>New Bern, NC 28562 | | 1.75% | |
| David & Joann Myers<br>20288 Pezzana Drive<br>Venice, FL 34292 | | 1.75% | |

   1 _____ continuation sheets attached to List of Equity Security Holders

In re    F & G Leonard, LLC _____ ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ronald & Alica Packard<br>1986 Hood's Creek Rd<br>New Bern, NC 28562 | | 2.8% | |
| Chip Rice<br>130 Teufen Road<br>New Bern, NC 28562 | | 1.75% | |
| Jesse Robinson<br>109 Montreuz Lane<br>New Bern, NC 28562 | | 1.75% | |
| Robert Sager<br>107 Montreux Lane<br>New Bern, NC 28562 | | 1.75% | |
| John & Melissa Sisson<br>111 Wingate Drive<br>New Bern, NC 28562 | | 1.75% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ February 21, 2011 _____      Signature _/s/ James Frederick Leonard _____
James Frederick Leonard<br>Member-Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders



**TABERNA COUNTRY CLUB**

**Inventory On Hand**

**For All Inventory Classes**
**Current File**
**10 Proshop**

Date   02/18/2011
Time   11:45:15
Page      1

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|-----------|--------|--------------|
| 1930000002 | Grips - Tour Velvet 1 | | 1.800 | 0 | 0.00 | 4.500 | 0.00 |
| 1930000003 | Grips Winn | | 5.860 | 0 | 0.00 | 7.000 | 0.00 |
| 1930000005 | Grips Lamkin | | 5.800 | 0 | 0.00 | 7.750 | 0.00 |
| 1930000006 | Grips Taylor Velvet | | 2.600 | 0 | 0.00 | 5.250 | 0.00 |
| 1930000007 | Grips Ladies Tour Wrap | | 2.050 | 0 | 0.00 | 6.000 | 0.00 |
| 1930000008 | Grips Tour Wrap | | 1.970 | 0 | 0.00 | 4.500 | 0.00 |
| 1930000009 | Grips Golf Pride Red/Black | | 5.100 | 0 | 0.00 | 7.250 | 0.00 |
| 1930000010 | Grip winn putter | | 4.800 | 0 | 0.00 | 8.000 | 0.00 |
| 1930000011 | Steel Shaft | | 13.450 | 0 | 0.00 | 29.150 | 0.00 |
| 1930000014 | Grips Winn V-17 | | 4.500 | 0 | 0.00 | 7.250 | 0.00 |
| 1930000015 | Grips Crossline Mid | | 2.000 | 0 | 0.00 | 6.000 | 0.00 |
| 1930000016 | shipping | | 0.000 | -22 | 0.00 | 0.000 | 0.00 |
| 1930000017 | Golf Club Labor | | 0.000 | -240 | 0.00 | 0.000 | 0.00 |
| 1950000006 | Cart Covers - w/Canopy | | 313.000 | 0 | 0.00 | 399.950 | 0.00 |
| 1950000007 | TROPHIES/TEE GIFTS, ETC. | | 39.000 | 0 | 0.00 | 44.000 | 0.00 |
| 1950090001 | CLUB HOUSE RETRACTABLE | | 83.720 | 0 | 0.00 | 99.990 | 0.00 |
| 1950090002 | Club House 3 Sided Enclosure | | 185.000 | 0 | 0.00 | 225.000 | 0.00 |
| 1950090003 | Tournament Food | | 2.000 | 0 | 0.00 | 5.500 | 0.00 |
| 1950090004 | Repair | | 92.200 | 0 | 0.00 | 92.200 | 0.00 |
| 1950099001 | GOLF CART W/ TRADE | | 0.000 | 1 | 0.00 | 3400.000 | 3400.00 |
| 1950930001 | CART ENCLOSURE, THE | | 221.020 | 0 | 0.00 | 299.000 | 0.00 |
| 2010000001 | GLOVE ECONOMY | | 6.375 | 222 | 1415.25 | 10.950 | 2430.90 |
| 2010360002 | FJ WINTERSOF | | 12.250 | 13 | 159.25 | 24.950 | 324.35 |
| 2010360006 | GLOVE PREMIUM | | 8.600 | 58 | 498.80 | 14.950 | 867.10 |
| 2010360007 | FJ Wintersoft | | 12.253 | 0 | 0.00 | 24.950 | 0.00 |
| 2010715001 | BIONIC STANDARD | | 12.750 | 81 | 1032.75 | 24.950 | 2020.95 |
| 2010715002 | BIONIC SILVER | | 25.000 | 0 | 0.00 | 49.950 | 0.00 |
| 2210105001 | ADIDAS 360 TOUR SHOES | | 115.000 | 0 | 0.00 | 154.990 | 0.00 |
| 2210105002 | Adidas Stanzonian | | 41.050 | 0 | 0.00 | 68.980 | 0.00 |
| 2210105004 | Adidas Tour Traxion | | 56.925 | 0 | 0.00 | 84.950 | 0.00 |
| 2210105005 | ADIDAS POWERBAND 2 | | 71.500 | 0 | 0.00 | 99.000 | 0.00 |
| 2210105006 | TOUR360 4.0 | | 108.000 | 1 | 108.00 | 179.990 | 179.99 |
| 2210105007 | POWERBAND 3.0 | | 84.000 | 3 | 252.00 | 139.990 | 419.97 |
| 2210105008 | INNOLUX 2.0 | | 54.000 | 3 | 162.00 | 79.990 | 239.97 |
| 2210220002 | Callaway shoes | | 49.046 | 0 | 0.00 | 69.990 | 0.00 |
| 2210360001 | FJ Greenjoys | | 46.370 | 0 | 0.00 | 55.950 | 0.00 |
| 2210360002 | FJ SuperLites | | 64.000 | 0 | 0.00 | 90.000 | 0.00 |
| 2210360003 | FJ Men's Contour Series | | 71.270 | 0 | 0.00 | 93.500 | 0.00 |
| 2210360005 | FOOT JOY SPECIAL ORDER | | 74.000 | 0 | 0.00 | 84.990 | 0.00 |
| 2210360007 | SPECIAL ORDER killian | | 118.000 | 1 | 118.00 | 149.000 | 149.00 |
| 2210360010 | FJ Europa (99233) | | 102.343 | 0 | 0.00 | 157.000 | 0.00 |
| 2210360014 | CART W/TRADE | | 3100.000 | 0 | 0.00 | 3400.000 | 0.00 |
| 2210360015 | CART NO TRADE | | 4900.000 | 0 | 0.00 | 5400.000 | 0.00 |
| 2210360016 | Special Order Forino | | 87.260 | 0 | 0.00 | 105.000 | 0.00 |
| 2220000001 | Sandbagger Zoe | | 67.120 | 0 | 0.00 | 88.750 | 0.00 |
| 2220105001 | CART INVESTOR | | 2900.000 | 0 | 0.00 | 3100.000 | 0.00 |
| 2220105004 | W TECH RESPONSE 3.0 | | 36.000 | 4 | 144.00 | 59.990 | 239.96 |
| 2220105005 | W TRAXION LITE | | 48.000 | 2 | 96.00 | 79.990 | 159.98 |
| 2220105006 | DRIVER ISABELLE 3.0 | | 48.000 | 2 | 96.00 | 79.990 | 159.98 |
| 2220360001 | SPECIAL ORDER Costanzo | | 99.000 | 0 | 0.00 | 116.000 | 0.00 |
| 2220360003 | FJ Ladies Ecomfort | | 58.390 | 0 | 0.00 | 75.820 | 0.00 |
| 2220360005 | FJ Ladies Contour | | 37.270 | 0 | 0.00 | 94.950 | 0.00 |

**TABERNA COUNTRY CLUB**
**Inventory On Hand**

Date 02/18/2011
Time 11:45:15
Page 2

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|-----------|--------|--------------|
| 2230099001 | softspike sets all kinds | | 6.950 | 35 | 243.25 | 13.950 | 488.25 |
| 2230360001 | FJ Cotton Crew | | 3.976 | 0 | 0.00 | 7.000 | 0.00 |
| 2230360003 | ADIDAS FITRX SHOES | | 51.500 | 4 | 206.00 | 69.000 | 276.00 |
| 2230360004 | FJ Dress Socks | | 4.830 | 0 | 0.00 | 7.500 | 0.00 |
| 2230360005 | FJ 3 pk golf socks(cooler) | | 6.153 | 0 | 0.00 | 9.000 | 0.00 |
| 2230360007 | ADIDAS SOCKS | | 7.136 | 14 | 99.90 | 10.990 | 153.86 |
| 2230360008 | FJ golf socks(single pr) | | 2.900 | 0 | 0.00 | 4.850 | 0.00 |
| 2410000002 | UNDER ARMOUR SPECIAL | | 40.250 | 0 | 0.00 | 40.250 | 0.00 |
| 2410000004 | BRIDGESTONEe6 2010 | | 4.900 | 60 | 294.00 | 7.500 | 450.00 |
| 2410000005 | ADIDAS DRIVER LUCY | | 47.500 | 3 | 142.50 | 59.000 | 177.00 |
| 2410000006 | BRIDGESTONE 330 GOLF | | 8.500 | 141 | 1198.50 | 12.000 | 1692.00 |
| 2410000007 | ADIDAS POWERBAND SPORT | | 46.500 | 2 | 93.00 | 69.000 | 138.00 |
| 2410099001 | Z-STAR/Z-STARX/Z-STAR | | 33.000 | 0 | 0.00 | 39.990 | 0.00 |
| 2410099002 | AD333 DOZEN | | 15.600 | 0 | 0.00 | 19.990 | 0.00 |
| 2410099003 | SOFT FEEL | | 15.600 | -2 | -31.20 | 19.990 | -39.98 |
| 2410099004 | TRISPEED/TRISPEED TOUR | | 26.000 | 0 | 0.00 | 29.990 | 0.00 |
| 2410190002 | SRIXON AD333 | | 3.900 | 8 | 31.20 | 6.500 | 52.00 |
| 2410190003 | B330RX/B330RXS DOZEN | | 34.000 | 0 | 0.00 | 39.990 | 0.00 |
| 2410220004 | SRIXON SOFT FEEL | | 3.900 | 18 | 70.20 | 6.500 | 117.00 |
| 2410230001 | SRIXON TRISPEED | | 6.500 | 66 | 429.00 | 8.500 | 561.00 |
| 2410580005 | SRIXON Z STAR | | 8.250 | 124 | 1023.00 | 12.000 | 1488.00 |
| 2410630003 | BRIDGESTONE EV 15 BALL | | 10.750 | 12 | 129.00 | 21.950 | 263.40 |
| 2410850001 | BRIDGESTONE LADY IQ PLUS | | 3.830 | 29 | 111.07 | 7.500 | 217.50 |
| 2410850004 | Titleist ProV1&prov1x | | 9.527 | 1 | 9.53 | 12.000 | 12.00 |
| 2410850006 | Titleist NXT tour&xtreme | | 5.409 | 0 | 0.00 | 8.000 | 0.00 |
| 2410850007 | Logo Balls | | 0.630 | 0 | 0.00 | 1.870 | 0.00 |
| 2410850008 | Pinnacle 4 Ball Slv | | 3.042 | 11 | 33.46 | 7.500 | 82.50 |
| 2410850009 | Pinnacle 15 Ball PK | | 9.829 | 0 | 0.00 | 19.950 | 0.00 |
| 2410850014 | Titleist DT Roll/carry/solo | | 4.477 | 52 | 232.80 | 7.000 | 364.00 |
| 2410850017 | PROV1/PROV1X DOZEN | | 38.500 | 0 | 0.00 | 42.990 | 0.00 |
| 2410850018 | NXT/NXT TOUR DOZEN | | 21.750 | 0 | 0.00 | 24.990 | 0.00 |
| 2610000002 | PING RAPT. V2 DRIVER | | 264.000 | 0 | 0.00 | 399.000 | 0.00 |
| 2610090001 | CLEVELAND BLOOM | | 560.000 | 1 | 560.00 | 649.990 | 649.99 |
| 2610220004 | bad sku 49 | | 214.080 | 0 | 0.00 | 299.000 | 0.00 |
| 2610220006 | Callaway Diablo driver 2010 | | 216.200 | 3 | 648.60 | 299.000 | 897.00 |
| 2610220007 | CALLAWAY WMNS HYBRID | | 97.500 | 4 | 390.00 | 129.000 | 516.00 |
| 2610220008 | Callaway FTI Square Driver | | 371.890 | 0 | 0.00 | 465.000 | 0.00 |
| 2610225001 | PING JR SET (MOXIE) | | 157.750 | 0 | 0.00 | 175.000 | 0.00 |
| 2610230001 | Cleveland Launcher DEMO | | 115.000 | 2 | 230.00 | 199.990 | 399.98 |
| 2610230002 | Cleveland   Wedges | | 85.751 | 14 | 1200.51 | 109.000 | 1526.00 |
| 2610230003 | CLeveland skull cap | | 16.950 | 0 | 0.00 | 16.950 | 0.00 |
| 2610240001 | CLEV LAUNCHER HYBRIDS | | 115.000 | 1 | 115.00 | 154.990 | 154.99 |
| 2610240002 | CLEVELAND LAUNCHER DST | | 135.000 | 1 | 135.00 | 179.990 | 179.99 |
| 2610240003 | CALLAWAY SPECIAL ORDER | | 98.000 | 0 | 0.00 | 129.990 | 0.00 |
| 2610240004 | COBRA ZL DEMO DRIVER | | 168.000 | 0 | 0.00 | 349.000 | 0.00 |
| 2610240005 | COBRA BAFFLER TWS | | 73.000 | 3 | 219.00 | 119.000 | 357.00 |
| 2610240007 | PING G15 DRIVER | | 215.000 | 4 | 860.00 | 299.000 | 1196.00 |
| 2610240008 | COBRA ZL DRIVER | | 250.000 | 0 | 0.00 | 349.000 | 0.00 |
| 2610240009 | Special order Packard 2 | | 18.560 | 0 | 0.00 | 24.000 | 0.00 |
| 2610240013 | Cobra LD Drivers | | 184.218 | 0 | 0.00 | 284.000 | 0.00 |
| 2610240014 | Cobra LD Wood | | 116.331 | 2 | 232.66 | 169.000 | 338.00 |
| 2610240015 | Cobra S2 Driver | | 229.917 | 3 | 689.75 | 299.000 | 897.00 |

**TABERNA COUNTRY CLUB**

**Inventory On Hand**

Date  **02/18/2011**
Time  **11:45:15**
Page      **3**

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|---|---|---|---|---|---|---|---|
| 2610240016 | COBRA S2 DEMO DRIVERS | | 150.000 | 2 | 300.00 | 299.990 | 599.98 |
| 2610240017 | COBRA S2 OFFSET DRIVER | | 180.000 | 1 | 180.00 | 249.990 | 249.99 |
| 2610240018 | COBRA S2 FAIRWAY WOODS | | 125.000 | 1 | 125.00 | 169.990 | 169.99 |
| 2610540001 | ping rapture 2 fairway woods | | 187.000 | 0 | 0.00 | 249.000 | 0.00 |
| 2610540002 | PING G10 HYBRID | | 75.500 | 2 | 151.00 | 99.000 | 198.00 |
| 2610540004 | Ping G15 FAIRWAY WOODS | | 140.000 | 0 | 0.00 | 199.990 | 0.00 |
| 2610540006 | Special Order Jason | | 218.000 | 1 | 218.00 | 218.000 | 218.00 |
| 2610830004 | Taylor Made Rescue | | 115.000 | 0 | 0.00 | 194.950 | 0.00 |
| 2610830006 | TAYLORMADE SPECIAL | | 405.000 | 0 | 0.00 | 449.990 | 0.00 |
| 2610830008 | CLEVELAND SPECIAL ORDER | | 460.000 | 0 | 0.00 | 499.990 | 0.00 |
| 2610830009 | Taylor Made R7 Draw FWY | | 123.100 | 0 | 0.00 | 189.000 | 0.00 |
| 2610830011 | TAYLORMADE DEMO R9 | | 174.000 | 0 | 0.00 | 399.000 | 0.00 |
| 2610830014 | TAYLORMADE R9 DRIVER | | 290.000 | 0 | 0.00 | 399.000 | 0.00 |
| 2610830017 | Taylor Made Burner Driver | | 203.000 | 0 | 0.00 | 208.500 | 0.00 |
| 2610830018 | Taylor Made Burner Rescue | | 100.800 | 0 | 0.00 | 174.990 | 0.00 |
| 2610830019 | Taylor Made Burner FWY | | 135.000 | 0 | 0.00 | 194.000 | 0.00 |
| 2610850001 | TITLEIST Carosan golf balls | | 975.000 | 0 | 0.00 | 1100.000 | 0.00 |
| 2610850004 | Titleist 585.H hybrid | | 110.548 | 0 | 0.00 | 175.000 | 0.00 |
| 2610850005 | Titleist 907 Drivers | | 245.793 | 0 | 0.00 | 365.000 | 0.00 |
| 2610850006 | Titleist Fairway | | 150.000 | 0 | 0.00 | 225.000 | 0.00 |
| 2610850007 | Callaway DIABLO HYBRID | | 115.000 | 2 | 230.00 | 159.000 | 318.00 |
| 2615000001 | COBRA DEMO SZ IRONS | | 283.000 | 1 | 283.00 | 525.000 | 525.00 |
| 2615090004 | PING RAPTURE V2 IRONS EA. | | 117.000 | 0 | 0.00 | 174.870 | 0.00 |
| 2615220003 | PING G15 HYBRIDS | | 111.000 | 4 | 444.00 | 159.990 | 639.96 |
| 2615220004 | COBRA S2 MAX  DEMO | | 245.680 | 1 | 245.68 | 399.990 | 399.99 |
| 2615225001 | PING SPL ORDER GARY | | 425.000 | 0 | 0.00 | 439.990 | 0.00 |
| 2615225002 | PING SPL ORDER | | 575.000 | 0 | 0.00 | 690.540 | 0.00 |
| 2615240001 | CALLAWAY DIABLO FAIRWAY | | 145.000 | 3 | 435.00 | 199.000 | 597.00 |
| 2615240002 | TABERNA SHOE BAG | | 9.300 | 12 | 111.60 | 14.990 | 179.88 |
| 2615240006 | CLEVELAND LAUNCHER | | 70.000 | 0 | 0.00 | 99.990 | 0.00 |
| 2615240014 | COBRA S2  4- GW GRAPHITE | | 552.000 | 1 | 552.00 | 699.990 | 699.99 |
| 2615540004 | PING iWi weight set | | 48.140 | 0 | 0.00 | 65.000 | 0.00 |
| 2615540005 | PING SPECIAL STUFF | | 60.000 | 0 | 0.00 | 60.000 | 0.00 |
| 2615830009 | CLEVELAND LAUNCHER DST | | 225.000 | 5 | 1125.00 | 299.990 | 1499.95 |
| 2615850004 | COBRA BAFFLER DEMO 28* | | 77.930 | 0 | 0.00 | 119.990 | 0.00 |
| 2620540001 | Ping Tour Wedge | | 72.857 | 4 | 291.43 | 109.000 | 436.00 |
| 2620830003 | Taylor Made   Wedges | | 86.310 | 0 | 0.00 | 119.990 | 0.00 |
| 2620850002 | Titleist Vokey Wedge | | 81.744 | 0 | 0.00 | 109.990 | 0.00 |
| 2625000001 | PING IN CRAZ E | | 114.000 | 0 | 0.00 | 169.990 | 0.00 |
| 2625000002 | Ping IN PUTTERS | | 96.000 | 0 | 0.00 | 139.990 | 0.00 |
| 2625220001 | TITLEIST SCOTTY CAMERON | | 210.000 | 0 | 0.00 | 299.950 | 0.00 |
| 2625220002 | Gel Putters | | 63.360 | 5 | 316.80 | 119.000 | 595.00 |
| 2625225001 | PING PUTTER KARSTEN/G2 | | 63.707 | 0 | 0.00 | 79.000 | 0.00 |
| 2625225002 | PING I SERIES PUTTERS | | 84.403 | 0 | 0.00 | 119.000 | 0.00 |
| 2625225003 | PUTTERS G51 | | 91.580 | 0 | 0.00 | 115.000 | 0.00 |
| 2625225004 | Special Oreder Robinson | | 80.980 | 0 | 0.00 | 90.000 | 0.00 |
| 2625240001 | Cobra Optica | | 112.235 | 2 | 224.47 | 155.000 | 310.00 |
| 2625540003 | Ping DOC Putter | | 138.560 | 0 | 0.00 | 199.950 | 0.00 |
| 2625540005 | PING KARSTEN CRAZ-E | | 78.000 | 0 | 0.00 | 89.990 | 0.00 |
| 2625650001 | Odyssey putters | | 136.860 | 0 | 0.00 | 179.000 | 0.00 |
| 2625830004 | Taylor Made putter(rossa/cgb) | | 145.000 | 0 | 0.00 | 169.950 | 0.00 |
| 2625850001 | HEAVY PUTTER MID WEIGHT | | 125.000 | 0 | 0.00 | 169.950 | 0.00 |

**TABERNA COUNTRY CLUB**

**Inventory On Hand**

Date   02/18/2011
Time   11:45:15
Page       4

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 2625850002 | HEAVY PUTTER, HEAVY | | 140.000 | 0 | 0.00 | 184.950 | 0.00 |
| 2625850004 | CLEVELAND CLASSIC | | 54.000 | 2 | 108.00 | 69.990 | 139.98 |
| 2810000002 | SUN MOUNTAIN DIVA BAG | | 125.530 | 0 | 0.00 | 139.990 | 0.00 |
| 2810090001 | PING DEMO I15 DRIVERS | | 175.000 | 1 | 175.00 | 249.990 | 249.99 |
| 2810099001 | PING DEMO G15 DRIVERS | | 150.000 | 0 | 0.00 | 199.990 | 0.00 |
| 2810099002 | Sun Mtn Seat | | 15.000 | 1 | 15.00 | 29.950 | 29.95 |
| 2810220001 | CLEVELAND BLOOM GOLF | | 55.000 | 0 | 0.00 | 109.000 | 0.00 |
| 2810240001 | Cobra Golf Bags | | 381.800 | 1 | 381.80 | 439.990 | 439.99 |
| 2810540002 | CLEVELAND BRONZE | | 60.000 | 2 | 120.00 | 79.990 | 159.98 |
| 2810800002 | pull cart accessories | | 15.400 | 0 | 0.00 | 17.500 | 0.00 |
| 2810830003 | Taylor Made Cart Bag | | 132.822 | 0 | 0.00 | 169.950 | 0.00 |
| 2810850001 | TITLEIST golf bag | | 124.990 | 0 | 0.00 | 189.000 | 0.00 |
| 2820000002 | ping moonlite golf bag | | 44.010 | 0 | 0.00 | 64.950 | 0.00 |
| 2820225001 | TOWEL-NEW LOGO | | 7.070 | 14 | 98.98 | 14.950 | 209.30 |
| 2820540002 | Ping golf bag(hoofer) | | 105.014 | 0 | 0.00 | 199.950 | 0.00 |
| 2820830002 | Titleist Sunday Bag | | 90.000 | 0 | 0.00 | 129.950 | 0.00 |
| 2820850001 | Titleist Golf Bags(carry) | | 69.023 | 0 | 0.00 | 149.000 | 0.00 |
| 2830540002 | Ping Headcovers SM | | 16.147 | 0 | 0.00 | 23.950 | 0.00 |
| 2840000002 | HAT CLIP W/ MARKER (golf | | 3.239 | 0 | 0.00 | 10.000 | 0.00 |
| 2840000003 | DIVVY SPECIAL ORDER | | 1.350 | 0 | 0.00 | 1.350 | 0.00 |
| 2840000004 | tmga special order | | 385.000 | 0 | 0.00 | 464.040 | 0.00 |
| 2840099001 | SKY CADDIE 2.5 | | 252.720 | 0 | 0.00 | 259.950 | 0.00 |
| 2840230001 | TOWELS | | 576.000 | 0 | 0.00 | 576.000 | 0.00 |
| 3010010001 | XS 105 | | 0.000 | 4 | 0.00 | 89.000 | 356.00 |
| 3010010002 | DRIVE Z 110 | | 0.000 | 1 | 0.00 | 129.000 | 129.00 |
| 3010010003 | Y118 BLUE RACQUET | | 0.000 | 0 | 0.00 | 239.000 | 0.00 |
| 3010010004 | XS 102 | | 0.000 | 4 | 0.00 | 89.000 | 356.00 |
| 3010010005 | PURE STORM GT | | 0.000 | 2 | 0.00 | 179.000 | 358.00 |
| 3010010006 | PURE STORM RACQUET | | 0.000 | 0 | 0.00 | 179.000 | 0.00 |
| 3010010007 | DRIVE Z 105 | | 0.000 | 2 | 0.00 | 179.000 | 358.00 |
| 3010010008 | AERO STORM RACQUET | | 0.000 | 2 | 0.00 | 155.000 | 310.00 |
| 3010010009 | AEROPRO DRIVE JR | | 0.000 | 1 | 0.00 | 104.000 | 104.00 |
| 3010010010 | NADAL JR. 145 RACQUET | | 0.000 | 1 | 0.00 | 29.950 | 29.95 |
| 3010010011 | NADAL JR 140 RACQUET | | 0.000 | 1 | 0.00 | 29.950 | 29.95 |
| 3010010012 | DRIVE Z 118 | | 0.000 | 0 | 0.00 | 139.000 | 0.00 |
| 3010010013 | PORPULSE 2 MENS SHOE | | 0.000 | 5 | 0.00 | 89.000 | 445.00 |
| 3010010014 | TEAM ALL COURT 4 SHOES | | 0.000 | 4 | 0.00 | 75.000 | 300.00 |
| 3010010015 | PROPULSE LADY SHOES | | 0.000 | 1 | 0.00 | 82.000 | 82.00 |
| 3010010016 | TEAM LADY SHOES | | 0.000 | 2 | 0.00 | 69.000 | 138.00 |
| 3010010017 | SYMBIO X3 GRIPS | | 0.000 | 0 | 0.00 | 5.000 | 0.00 |
| 3010010018 | PRO TEAM TACKY X3 GRIPS | | 0.000 | 3 | 0.00 | 5.000 | 15.00 |
| 3010010019 | SONIC | | 0.000 | 4 | 0.00 | 5.000 | 20.00 |
| 3010010020 | RVS - VIBRATION | | 0.000 | 2 | 0.00 | 5.250 | 10.50 |
| 3010010021 | VIBRAKILL - VIBRATION | | 0.000 | 2 | 0.00 | 5.000 | 10.00 |
| 3010010022 | Y LINE - TENNIS BAG | | 0.000 | 0 | 0.00 | 74.950 | 0.00 |
| 3010010023 | BACKPACK CLUB BAG | | 0.000 | 3 | 0.00 | 25.000 | 75.00 |
| 3010010024 | TOURNAMENT BAG | | 0.000 | 1 | 0.00 | 35.000 | 35.00 |
| 3010010025 | BVS COTTON HAT | | 0.000 | 0 | 0.00 | 10.000 | 0.00 |
| 3010010026 | MICROMESH HAT | | 0.000 | 0 | 0.00 | 12.000 | 0.00 |
| 3010010027 | WHITE WRISTBAND | | 0.000 | 5 | 0.00 | 5.500 | 27.50 |
| 3010010028 | BLACK WRISTBAND | | 0.000 | 7 | 0.00 | 5.500 | 38.50 |
| 3010010029 | SYNTHETIC GUT STRING | | 0.000 | 0 | 0.00 | 5.500 | |

**TABERNA COUNTRY CLUB**
**Inventory On Hand**

Date  **02/18/2011**
Time  **11:45:15**
Page      **5**

### For All Inventory Classes
### Current File
### 10 Proshop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 3010010030 | CONQUEST STRING | | 0.000 | 0 | 0.00 | 7.750 | 0.00 |
| 3010010031 | MY GRIP | | 0.000 | 0 | 0.00 | 4.500 | 0.00 |
| 3010010032 | AIR SPHERE | | 0.000 | 3 | 0.00 | 5.500 | 16.50 |
| 3010010033 | SKIN FEEL | | 0.000 | 2 | 0.00 | 6.000 | 12.00 |
| 3010010034 | WHITE T-SHIRT | | 0.000 | 0 | 0.00 | 12.000 | 0.00 |
| 3010010035 | BLACK T-SHIRT | | 0.000 | 0 | 0.00 | 12.000 | 0.00 |
| 3010010036 | REGULAR FELT BALLS | | 0.000 | 3 | 0.00 | 3.450 | 10.35 |
| 3010010037 | DEMO TENNIS RACKET | | 0.000 | 0 | 0.00 | 5.000 | 0.00 |
| 3010010038 | PURE DRIVE BLUE RACQUET | | 0.000 | 3 | 0.00 | 185.000 | 555.00 |
| 3010010039 | AERO PRO DRIVE | | 0.000 | 2 | 0.00 | 149.000 | 298.00 |
| 3010010040 | TEAM CLAY 4 | | 0.000 | 3 | 0.00 | 75.000 | 225.00 |
| 3010010041 | DRIVE Z 105 RACQUET | | 0.000 | 0 | 0.00 | 179.000 | 0.00 |
| 3010010042 | CUSTOM DAMP | | 0.000 | 4 | 0.00 | 5.500 | 22.00 |
| 3010010043 | CLUB 12X RACQUET BAG | | 0.000 | 1 | 0.00 | 59.950 | 59.95 |
| 3010010044 | AEROPRO DRIVE GT | | 0.000 | 1 | 0.00 | 189.000 | 189.00 |
| 3010010045 | MICROMESH | | 0.000 | 0 | 0.00 | 12.000 | 0.00 |
| 3010010046 | AEROPRO DRIVE LITE GT | | 0.000 | 0 | 0.00 | 185.000 | 0.00 |
| 3010010047 | Club 6x Backpack | | 0.000 | 3 | 0.00 | 30.000 | 90.00 |
| 3010010048 | Aero Backpack | | 0.000 | 1 | 0.00 | 50.000 | 50.00 |
| 3010010049 | Team Line Backpack | | 0.000 | 1 | 0.00 | 35.000 | 35.00 |
| 3010010050 | Club 3x Backpack | | 0.000 | 2 | 0.00 | 20.000 | 40.00 |
| 3010010051 | Club 12x Raquet Bag | | 0.000 | 1 | 0.00 | 30.000 | 30.00 |
| 3010010052 | XS 109 Raquet | | 0.000 | 3 | 0.00 | 99.000 | 297.00 |
| 3010099002 | SUN MTN. SAND BOTTLE | | 5.000 | 6 | 30.00 | 11.950 | 71.70 |
| 3010099003 | Divot Tool | | 1.650 | 0 | 0.00 | 3.950 | 0.00 |
| 3010850001 | charity hat clips | | 285.000 | 0 | 0.00 | 285.000 | 0.00 |
| 3020000001 | DIVVY REPAIR TOOL | | 7.000 | 9 | 63.00 | 12.500 | 112.50 |
| 3030000001 | Tees (pro length, bagged) | | 0.020 | 0 | 0.00 | 1.500 | 0.00 |
| 3030099001 | Tees-pink | | 2.930 | 0 | 0.00 | 6.500 | 0.00 |
| 3030751001 | EPOCH TEES 10 PACK | | 1.950 | 6 | 11.70 | 4.500 | 27.00 |
| 3090000016 | Save The Moment HIO Plaque | | 77.000 | 0 | 0.00 | 96.750 | 0.00 |
| 3090000017 | masters blazer | | 170.000 | 0 | 0.00 | 171.000 | 0.00 |
| 3090000018 | Taberna Blankets | | 12.510 | 29 | 362.79 | 19.990 | 579.71 |
| 3090000019 | member guest invoices | | 1638.940 | 0 | 0.00 | 1638.940 | 0.00 |
| 3090000022 | DIVVY HAT CLIP | | 4.950 | 3 | 14.85 | 10.000 | 30.00 |
| 3090000024 | DIVVY VALUABLES POUCH | | 8.500 | 13 | 110.50 | 14.950 | 194.35 |
| 3090000026 | Samsonite Cover | | 12.000 | 6 | 72.00 | 24.950 | 149.70 |
| 3090000027 | POLAR BEAR 12 PK COOLER | | 24.100 | 0 | 0.00 | 39.950 | 0.00 |
| 3090000030 | Expired Credit Book | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 3090010001 | MISC. TENNIS ITEMS | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 3090090001 | Charity Hats | | 738.320 | 0 | 0.00 | 738.320 | 0.00 |
| 3090090003 | Sky Caddie sg 5 | | 292.720 | 0 | 0.00 | 399.000 | 0.00 |
| 3090090004 | Sun Screen | | 3.000 | 2 | 6.00 | 5.950 | 11.90 |
| 3090090005 | Bens bug spray | | 5.000 | 2 | 10.00 | 7.950 | 15.90 |
| 3090090006 | Jr. Golf Clinic Misc. Items | | 330.920 | 0 | 0.00 | 330.920 | 0.00 |
| 3090099001 | Landscape items/services | | 0.000 | 0 | 0.00 | 0.000 | 0.00 |
| 3090099002 | Clubhouse Print | | 0.000 | 0 | 0.00 | 250.000 | 0.00 |
| 3090099003 | DIVVY KEY CHAIN | | 3.500 | 14 | 49.00 | 7.950 | 111.30 |
| 3090099007 | Sundogg Sunglasses | | 30.000 | 0 | 0.00 | 39.990 | 0.00 |
| 3090099008 | TERVIS TUMBLER | | 2.300 | 0 | 0.00 | 3.750 | 0.00 |
| 3090099009 | Tervis Tumbler special order | | 29.360 | 0 | 0.00 | 39.990 | 0.00 |
| 3090099010 | MISC. COUNTER ITEMS | | 0.000 | -6 | 0.00 | 0.000 | 0.00 |

**TABERNA COUNTRY CLUB**

**Inventory On Hand**

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 3090100001 | Belts | | 14.830 | 0 | 0.00 | 29.950 | 0.00 |
| 3090360001 | Taberna duffel bag | | 21.510 | 0 | 0.00 | 41.000 | 0.00 |
| 3090360002 | Shoelaces | | 0.806 | 15 | 12.09 | 1.250 | 18.75 |
| 3090430002 | Haas Jordan Umbrella 58" | | 12.830 | 0 | 0.00 | 25.000 | 0.00 |
| 3090430003 | Haas Jordan Umbrella 62" | | 21.500 | 0 | 0.00 | 43.000 | 0.00 |
| 3090430004 | Haas Jordan Umbrella 68" | | 23.300 | 0 | 0.00 | 39.000 | 0.00 |
| 3090430005 | Haas Jordan Sunreflector | | 15.330 | 0 | 0.00 | 29.000 | 0.00 |
| 3090540001 | PING POLO | | 19.000 | 0 | 0.00 | 29.990 | 0.00 |
| 3090540002 | Ping Umbrella | | 25.350 | 0 | 0.00 | 49.950 | 0.00 |
| 3090760001 | HOT HANDS WARMERS | | 0.710 | 7 | 4.97 | 2.000 | 14.00 |
| 3090831001 | Tervis Tumbler Set | | 25.339 | 11 | 278.73 | 34.990 | 384.89 |
| 3090850002 | Titleist Towels(Tab logo) | | 15.550 | 0 | 0.00 | 29.950 | 0.00 |
| 3090930001 | Taberna Bag Tags | | 2.200 | 43 | 94.60 | 6.000 | 258.00 |
| 3210000002 | Bob Timberlake Stripe | | 33.860 | 0 | 0.00 | 59.950 | 0.00 |
| 3210000003 | JUNIOR GOLFER T SHIRTS | | 8.000 | 21 | 168.00 | 14.950 | 313.95 |
| 3210090001 | UNDER ARMOUR LONG | | 35.750 | 0 | 0.00 | 59.000 | 0.00 |
| 3210090002 | BOB TIMBERLAKE MOCK | | 29.480 | 0 | 0.00 | 59.990 | 0.00 |
| 3210090003 | BOB TIMBERLAKE LS POLO | | 32.480 | 0 | 0.00 | 59.990 | 0.00 |
| 3210090004 | 9th Anniversary Shirts | | 21.810 | 0 | 0.00 | 25.000 | 0.00 |
| 3210090005 | CALLAWAY 1/2 ZIP | | 32.100 | 0 | 0.00 | 64.950 | 0.00 |
| 3210099001 | CALLAWAY  LONG SLEEVE | | 25.033 | 0 | 0.00 | 49.950 | 0.00 |
| 3210099002 | vardon&ray shirts | | 29.459 | 0 | 0.00 | 69.950 | 0.00 |
| 3210099003 | page and tuttle10th Ann Shi rt | | 21.400 | 0 | 0.00 | 53.000 | 0.00 |
| 3210105001 | ADIDAS MENS POLO L/S | | 29.500 | 3 | 88.50 | 55.000 | 165.00 |
| 3210105002 | ADIDAS FANCY POLO L/S | | 37.750 | 7 | 264.25 | 75.000 | 525.00 |
| 3210105003 | Addidas Crew Sweater | | 28.240 | 0 | 0.00 | 47.230 | 0.00 |
| 3210105004 | Addidas Sweater Vest | | 20.230 | 0 | 0.00 | 35.950 | 0.00 |
| 3210105005 | Adidas Shirts | | 22.817 | 3 | 68.45 | 34.950 | 104.85 |
| 3210105006 | Adidas Thermal | | 23.500 | 0 | 0.00 | 46.950 | 0.00 |
| 3210105007 | ADIDAS SPECIAL ORDER | | 114.570 | 1 | 114.57 | 114.570 | 114.57 |
| 3210110011 | AUREUS GOLF SHIRT | | 15.930 | 0 | 0.00 | 28.950 | 0.00 |
| 3210110012 | Ashworth open | | 25.910 | 0 | 0.00 | 49.950 | 0.00 |
| 3210110013 | PING MOCK SHIRTS | | 24.050 | 0 | 0.00 | 44.950 | 0.00 |
| 3210110014 | Ashworth  Member Guest Shirt | | 18.000 | 0 | 0.00 | 39.950 | 0.00 |
| 3210110015 | Ashworth open b | | 29.500 | 0 | 0.00 | 49.950 | 0.00 |
| 3210110016 | CLEVELAND GIFT SET | | 26.020 | 0 | 0.00 | 39.950 | 0.00 |
| 3210110017 | Page & Tuttle open | | 25.000 | 0 | 0.00 | 42.950 | 0.00 |
| 3210110018 | ASHWORTH LADIES | | 28.000 | 10 | 280.00 | 49.950 | 499.50 |
| 3210110019 | Ashworth Shirts | | 32.187 | 0 | 0.00 | 69.950 | 0.00 |
| 3210110020 | Ashworth mesh W/printed chest | | 31.020 | 0 | 0.00 | 62.500 | 0.00 |
| 3210220001 | Callaway  apparel open sku | | 20.420 | 0 | 0.00 | 39.950 | 0.00 |
| 3210220002 | Callaway shirt open sku | | 19.410 | 0 | 0.00 | 38.950 | 0.00 |
| 3210220003 | Callaway CS16357 | | 24.660 | 0 | 0.00 | 49.000 | 0.00 |
| 3210220004 | UNDER ARMOUR WIND/RAIN | | 41.950 | 0 | 0.00 | 64.950 | 0.00 |
| 3210220005 | Callaway CS16370 | | 28.410 | 0 | 0.00 | 54.950 | 0.00 |
| 3210220006 | Callaway CS16375 | | 30.410 | 0 | 0.00 | 58.950 | 0.00 |
| 3210220007 | Callaway CX16225 | | 26.410 | 0 | 0.00 | 49.950 | 0.00 |
| 3210220008 | Callaway CX16247a | | 33.660 | 0 | 0.00 | 59.950 | 0.00 |
| 3210220009 | Callaway CX16247 | | 33.160 | 0 | 0.00 | 59.950 | 0.00 |
| 3210220010 | Callaway Shirts | | 36.704 | 0 | 0.00 | 78.950 | 0.00 |
| 3210220011 | Callaway Mock SHIRT | | 25.350 | 0 | 0.00 | 49.950 | 0.00 |
| 3210280001 | Page & Tuttle Polos | | 25.201 | 0 | 0.00 | 59.000 | 0.00 |

**TABERNA COUNTRY CLUB**

**Inventory On Hand**

Date  **02/18/2011**
Time  **11:45:15**
Page        7

### For All Inventory Classes
### Current File
### 10 Proshop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|-----------|--------|-------------|
| 3210360001 | FJ Performance Mock | | 35.000 | 0 | 0.00 | 59.950 | 0.00 |
| 3210360002 | FJ Shirt | | 35.513 | 0 | 0.00 | 69.000 | 0.00 |
| 3210380001 | GEAR SWEATSHIRT | | 20.950 | 6 | 125.70 | 29.950 | 179.70 |
| 3210380002 | UNDER ARMOUR shirts | | 27.325 | 11 | 300.58 | 49.950 | 549.45 |
| 3210380003 | Under Armour  Mock | | 33.250 | 10 | 332.50 | 59.950 | 599.50 |
| 3210380005 | GEAR A.R.C.SHIRTS | | 21.750 | 8 | 174.00 | 34.950 | 279.60 |
| 3210380006 | UNDER ARMOUR YOUTH | | 24.250 | 0 | 0.00 | 39.950 | 0.00 |
| 3210615004 | Monterey Club Suede Mock | | 21.906 | 0 | 0.00 | 39.990 | 0.00 |
| 3210615005 | MONTEREY CLUB WOMENS | | 19.750 | 5 | 98.75 | 29.990 | 149.95 |
| 3210615006 | Monterey Club Dry Swing Mock | | 22.030 | 0 | 0.00 | 44.950 | 0.00 |
| 3210615007 | Monterey Club Dry Swing SS | | 18.000 | 0 | 0.00 | 39.950 | 0.00 |
| 3210655001 | Oxford | | 22.880 | 0 | 0.00 | 38.140 | 0.00 |
| 3210655002 | Oxford Fancy | | 34.080 | 0 | 0.00 | 56.800 | 0.00 |
| 3210700001 | Bob Timberlake Spring | | 34.040 | 0 | 0.00 | 56.250 | 0.00 |
| 3210700002 | Bob Timberlake Solid SS | | 22.290 | 0 | 0.00 | 39.950 | 0.00 |
| 3210790001 | Sport Haley Short Sleeve Mock | | 31.514 | 0 | 0.00 | 59.990 | 0.00 |
| 3210790004 | TURFER | | 22.000 | 0 | 0.00 | 39.950 | 0.00 |
| 3210790005 | forsythe dress shirt | | 35.000 | 0 | 0.00 | 54.950 | 0.00 |
| 3210790006 | Timberlake Mocks | | 31.000 | 0 | 0.00 | 51.670 | 0.00 |
| 3220000002 | PING JACKETS | | 28.750 | 2 | 57.50 | 59.950 | 119.90 |
| 3220090001 | BOB TIMBERLAKE SWEATER | | 24.000 | 0 | 0.00 | 59.950 | 0.00 |
| 3220090002 | BOBTIMBERLAKE PULLOVER | | 36.480 | 0 | 0.00 | 69.990 | 0.00 |
| 3220105001 | Addidas Clprf Creew | | 20.230 | 0 | 0.00 | 35.950 | 0.00 |
| 3220105002 | ADIDAS LADIES UNITY HAT | | 12.000 | 0 | 0.00 | 16.990 | 0.00 |
| 3220105003 | ADIDAS LONG S WIND SHIRT | | 29.280 | 0 | 0.00 | 54.990 | 0.00 |
| 3220105004 | ADIDAS CORE | | 8.500 | 11 | 93.50 | 12.990 | 142.89 |
| 3220110011 | ASHWORTH WINDVEST | | 32.000 | 3 | 96.00 | 49.990 | 149.97 |
| 3220110014 | Ashworth Stretch Vest | | 32.900 | 0 | 0.00 | 65.990 | 0.00 |
| 3220110017 | Ashworth MG2006 Pullover | | 40.000 | 0 | 0.00 | 69.000 | 0.00 |
| 3220110018 | Ashworth AM 5905,2540 | | 18.760 | 0 | 0.00 | 39.950 | 0.00 |
| 3220110019 | Ashworth AM 3270 | | 28.020 | 0 | 0.00 | 56.950 | 0.00 |
| 3220110020 | Ashworth fleece jacket | | 34.670 | 0 | 0.00 | 65.950 | 0.00 |
| 3220110021 | Ashworth AM 5235 | | 37.526 | 0 | 0.00 | 69.950 | 0.00 |
| 3220110023 | ASHWORTH TERRY | | 24.750 | 0 | 0.00 | 45.950 | 0.00 |
| 3220110024 | ASHWORTH PULLOVER | | 35.273 | 0 | 0.00 | 59.950 | 0.00 |
| 3220110025 | ASHWORTH MENS FLEECE | | 26.375 | 0 | 0.00 | 49.990 | 0.00 |
| 3220110026 | ASHWORTH MENS JACKET | | 33.203 | 0 | 0.00 | 65.950 | 0.00 |
| 3220290001 | C&B Sweaters | | 29.000 | 0 | 0.00 | 60.000 | 0.00 |
| 3220290003 | C&B Inter Lock Mock | | 24.000 | 0 | 0.00 | 49.000 | 0.00 |
| 3220290004 | C&B Sweater Vests | | 27.810 | 0 | 0.00 | 59.990 | 0.00 |
| 3220290005 | C&B Windbreaker | | 29.930 | 0 | 0.00 | 59.990 | 0.00 |
| 3220290007 | C&B Climagaurd Windshirts | | 43.050 | 0 | 0.00 | 71.750 | 0.00 |
| 3220360002 | FJ Lt Jacket | | 90.000 | 0 | 0.00 | 149.950 | 0.00 |
| 3220360003 | FJ Performance Windshirt | | 31.260 | 0 | 0.00 | 59.950 | 0.00 |
| 3220360004 | FJ  Pants | | 49.760 | 0 | 0.00 | 74.990 | 0.00 |
| 3220380001 | Gear Vest | | 27.500 | 0 | 0.00 | 46.500 | 0.00 |
| 3220380002 | GEAR LADIES CURLY | | 25.500 | 0 | 0.00 | 54.950 | 0.00 |
| 3220380003 | Gear Luxe Touch Sweater | | 32.590 | 0 | 0.00 | 65.990 | 0.00 |
| 3220380004 | Gear Fleece Jacket | | 28.130 | 0 | 0.00 | 49.950 | 0.00 |
| 3220380005 | Gear Windshirt | | 23.152 | 0 | 0.00 | 46.950 | 0.00 |
| 3220380006 | Gear Outerwear | | 28.720 | 0 | 0.00 | 48.950 | 0.00 |
| 3220500001 | Izod Sweater | | 28.000 | 0 | 0.00 | 58.000 | 0.00 |

**TABERNA COUNTRY CLUB**
**Inventory On Hand**

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|-----------|--------|--------------|
| 3220615002 | Monterey Club Suede Pullover | | 30.970 | 0 | 0.00 | 64.990 | 0.00 |
| 3220615003 | Monterey Club Windshirt | | 25.970 | 0 | 0.00 | 54.990 | 0.00 |
| 3220615005 | Monterey Club Pullover | | 23.870 | 0 | 0.00 | 47.990 | 0.00 |
| 3230110001 | Ashworth Men's Pants | | 26.280 | 0 | 0.00 | 49.950 | 0.00 |
| 3230110002 | james pants pud | | 19.800 | 0 | 0.00 | 19.990 | 0.00 |
| 3240099001 | Uner Armour Boxers | | 10.937 | 0 | 0.00 | 13.000 | 0.00 |
| 3240105001 | Adidas shorts(men) | | 32.500 | 3 | 97.50 | 34.990 | 104.97 |
| 3240110001 | Ashworth Shorts | | 22.070 | 0 | 0.00 | 44.950 | 0.00 |
| 3240655001 | Oxford Shorts | | 30.000 | 1 | 30.00 | 34.990 | 34.99 |
| 3250360001 | FJ spcl order | | 85.970 | 0 | 0.00 | 100.000 | 0.00 |
| 3250380001 | imperial visors | | 9.233 | 11 | 101.56 | 16.950 | 186.45 |
| 3250490001 | Cleveland HB3 4-PW | | 353.400 | 1 | 353.40 | 499.990 | 499.99 |
| 3410000004 | Kate Lord Pima Pique | | 16.000 | 0 | 0.00 | 39.950 | 0.00 |
| 3410000005 | Kate Lord Slvless Pique | | 14.500 | 0 | 0.00 | 34.950 | 0.00 |
| 3410000007 | Paige & Tuttle  Ladies Shirts | | 21.028 | 0 | 0.00 | 35.000 | 0.00 |
| 3410105003 | ADIDAS LADIES WINDSHIRTS | | 27.500 | 5 | 137.50 | 50.000 | 250.00 |
| 3410105004 | ADIDAS CAMPUS HAT | | 9.000 | 3 | 27.00 | 14.990 | 44.97 |
| 3410110003 | ADIDAS LADIES SHIRT L/S | | 27.960 | 1 | 27.96 | 45.000 | 45.00 |
| 3410110004 | Ashworth  not used | | 26.180 | 0 | 0.00 | 64.950 | 0.00 |
| 3410110005 | Ashworth Ladies Solid | | 19.850 | 0 | 0.00 | 54.950 | 0.00 |
| 3410110006 | Ashworth Ladies Shirts | | 26.856 | 0 | 0.00 | 64.950 | 0.00 |
| 3410110008 | ASHWORTH WM46165 | | 27.500 | 0 | 0.00 | 55.000 | 0.00 |
| 3410380001 | UNDER ARMOUR LADIES | | 22.750 | 4 | 91.00 | 44.950 | 179.80 |
| 3410655001 | Tommy Hilfiger 12032002 | | 20.050 | 0 | 0.00 | 33.500 | 0.00 |
| 3410655002 | HERITAGE CROSS POLO | | 19.500 | 0 | 0.00 | 29.990 | 0.00 |
| 3410655003 | Hilfiger 1306304 | | 42.850 | 0 | 0.00 | 71.450 | 0.00 |
| 3410655004 | STRAIGHT DOWN 1/2 ZIP | | 31.810 | 0 | 0.00 | 59.950 | 0.00 |
| 3410655005 | Hilfiger 1602109 | | 26.350 | 0 | 0.00 | 43.950 | 0.00 |
| 3410790001 | GEAR ROLLNECK | | 18.500 | 0 | 0.00 | 34.950 | 0.00 |
| 3410790002 | GEAR  LADIES' TECH JACKET | | 21.950 | 0 | 0.00 | 44.950 | 0.00 |
| 3410790003 | Sport Haley Ladie's Baby Polo | | 19.950 | 0 | 0.00 | 39.950 | 0.00 |
| 3410790004 | Sport Haley Ladie's Slvless Polo | | 18.500 | 0 | 0.00 | 39.950 | 0.00 |
| 3410790005 | Sport Haley Ladie's Mini Strp | | 27.500 | 0 | 0.00 | 54.950 | 0.00 |
| 3410790006 | Sport Haley Ladie's Solid Cotton | | 24.500 | 0 | 0.00 | 49.950 | 0.00 |
| 3410790007 | Sport Haley Ladie's Polo | | 34.950 | 0 | 0.00 | 69.950 | 0.00 |
| 3410790008 | Haley ES06034 | | 52.380 | 0 | 0.00 | 86.950 | 0.00 |
| 3410790009 | Haley WS 06041 | | 35.380 | 0 | 0.00 | 58.950 | 0.00 |
| 3410790010 | Haley WS06130 | | 31.380 | 0 | 0.00 | 52.950 | 0.00 |
| 3410790011 | Haley WS06141 | | 37.380 | 0 | 0.00 | 61.950 | 0.00 |
| 3410790012 | Haley WS06145 | | 41.380 | 0 | 0.00 | 68.950 | 0.00 |
| 3410790013 | Haley WS 06140 | | 44.380 | 0 | 0.00 | 73.950 | 0.00 |
| 3410820001 | Tail Vertical Stripe | | 26.000 | 0 | 0.00 | 54.950 | 0.00 |
| 3410820002 | Tail Sleeveless Zipper Shirt | | 16.000 | 0 | 0.00 | 34.950 | 0.00 |
| 3410820003 | Tail Classic Ls | | 17.000 | 0 | 0.00 | 36.950 | 0.00 |
| 3410820004 | Tail Zip Shirt | | 26.000 | 0 | 0.00 | 43.500 | 0.00 |
| 3420000003 | Paige & Tuttle Lds Windshirt | | 23.019 | 0 | 0.00 | 49.950 | 0.00 |
| 3420105002 | ADIDAS MENS 1/4 ZIP | | 43.250 | 2 | 86.50 | 75.000 | 150.00 |
| 3420105003 | ADIDAS TOUR VISOR | | 12.000 | 2 | 24.00 | 16.990 | 33.98 |
| 3420105005 | ADIDAS WOMENS | | 40.250 | 8 | 322.00 | 70.000 | 560.00 |
| 3420105006 | ADIDAS LADIES FLEECE | | 33.377 | 0 | 0.00 | 56.950 | 0.00 |
| 3420110001 | Ashworth wm fleece 20051 | | 25.000 | 0 | 0.00 | 49.950 | 0.00 |
| 3420615004 | Monterey Club Ladies fall 2009 | | 23.260 | 0 | 0.00 | 39.950 | 0.00 |

**TABERNA COUNTRY CLUB**

Inventory On Hand

Date **02/18/2011**
Time **11:45:15**
Page **9**

### For All Inventory Classes
### Current File
### 10 Proshop

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 3420615005 | Monterey Club Lds Suede Vest | | 26.320 | 0 | 0.00 | 54.990 | 0.00 |
| 3420790001 | UNDER ARMOUR 1/4 ZIP | | 26.430 | 0 | 0.00 | 49.950 | 0.00 |
| 3420790002 | Sport Halev Lds Quilted Vest | | 41.500 | 0 | 0.00 | 82.990 | 0.00 |
| 3420790003 | SportHaley Lds Interlock | | 36.500 | 0 | 0.00 | 73.990 | 0.00 |
| 3420790004 | Sport Haley Lds V Neck 3/4 | | 42.000 | 0 | 0.00 | 84.990 | 0.00 |
| 3420790005 | Sport Haley Lds Mock Sweater | | 42.000 | 0 | 0.00 | 84.990 | 0.00 |
| 3420790006 | Sport Haley Ladies Windshirt | | 25.500 | 0 | 0.00 | 49.950 | 0.00 |
| 3420790007 | Sport Haley Ladie's Cable | | 42.000 | 0 | 0.00 | 84.950 | 0.00 |
| 3420790008 | Sport Haley Ladie's Diamond | | 39.500 | 0 | 0.00 | 79.950 | 0.00 |
| 3420790009 | Haley ES06044 | | 47.380 | 0 | 0.00 | 78.950 | 0.00 |
| 3420820001 | Tail Rv Vest | | 34.500 | 0 | 0.00 | 57.500 | 0.00 |
| 3430790001 | Sport Haley Ladie's Croppe | | 36.000 | 0 | 0.00 | 69.950 | 0.00 |
| 3430790002 | Haley WS06182 | | 36.630 | 0 | 0.00 | 59.950 | 0.00 |
| 3430790003 | WS 06166 | | 36.630 | 0 | 0.00 | 59.950 | 0.00 |
| 3430820001 | Tail Capris | | 24.500 | 0 | 0.00 | 40.950 | 0.00 |
| 3430820002 | Tail | | 15.000 | 0 | 0.00 | 25.000 | 0.00 |
| 3440105001 | ADIDAS THINTECH CLEAT | | 7.500 | 21 | 157.50 | 13.950 | 292.95 |
| 3440110001 | Ashworth Ladies FF Shorts | | 31.020 | 0 | 0.00 | 54.990 | 0.00 |
| 3440110002 | Ashworth Microfiber Skort | | 31.020 | 0 | 0.00 | 54.990 | 0.00 |
| 3440290002 | C&B Sonesta Skort | | 39.160 | 0 | 0.00 | 69.000 | 0.00 |
| 3440333002 | EP Shorts Flat Front | | 29.000 | 0 | 0.00 | 49.990 | 0.00 |
| 3440655001 | Hilfiger 1706100 | | 32.830 | 0 | 0.00 | 54.750 | 0.00 |
| 3440655002 | Hilfiger 1706254 | | 42.830 | 0 | 0.00 | 71.490 | 0.00 |
| 3440655003 | Hilfiger ca | | 35.050 | 0 | 0.00 | 58.450 | 0.00 |
| 3440655004 | Hilfiger capris(flwr) | | 40.050 | 0 | 0.00 | 66.750 | 0.00 |
| 3440790001 | Sport Haley Ladie's Shorts | | 32.000 | 0 | 0.00 | 64.950 | 0.00 |
| 3440820001 | Tail Flat Front Shorts | | 34.500 | 0 | 0.00 | 69.950 | 0.00 |
| 3440820002 | Tail Pleated Skort | | 38.000 | 0 | 0.00 | 74.950 | 0.00 |
| 3450000005 | Kleenex  Covers | | 2.850 | 1 | 2.85 | 5.990 | 5.99 |
| 3450000008 | Small Roll Bag | | 10.100 | 0 | 0.00 | 19.990 | 0.00 |
| 3450099001 | TABERNA TOTE BAG | | 20.910 | 0 | 0.00 | 48.000 | 0.00 |
| 3450790001 | Sport Haley Ladies Tote Bag | | 18.000 | 0 | 0.00 | 36.950 | 0.00 |
| 3450790002 | Sport Haley Ladie's Striped Belt | | 9.000 | 0 | 0.00 | 18.950 | 0.00 |
| 3450790003 | Haley WS 06191 | | 9.880 | 0 | 0.00 | 13.750 | 0.00 |
| 3610000007 | DIVVY HATS W/NEW LOGO | | 10.570 | 0 | 0.00 | 16.950 | 0.00 |
| 3610000008 | Pukka Fitted Hat | | 9.500 | 0 | 0.00 | 19.950 | 0.00 |
| 3610000009 | Pukka Two Tone Hat | | 5.250 | 0 | 0.00 | 12.950 | 0.00 |
| 3610000010 | Pukka MGA Hats | | 7.950 | 0 | 0.00 | 9.000 | 0.00 |
| 3610090001 | Club Mesh Hat | | 13.500 | 0 | 0.00 | 25.000 | 0.00 |
| 3610105001 | ADIDAS HATS | | 11.250 | 0 | 0.00 | 17.950 | 0.00 |
| 3610220001 | Callaway/adidas Hats | | 11.210 | 0 | 0.00 | 17.950 | 0.00 |
| 3610360001 | FJ Fleece Cap | | 10.500 | 0 | 0.00 | 19.990 | 0.00 |
| 3610490002 | CLEVELAND LAUNCHER DST | | 93.752 | 3 | 365.63 | 159.990 | 623.96 |
| 3610490003 | POKER CHIP BALLMARKER | | 1.290 | 124 | 159.96 | 3.000 | 372.00 |
| 3610490009 | DORFMAN PACIFIC HATS | | 6.250 | 5 | 31.25 | 9.990 | 49.95 |
| 3610490010 | PGA LOGO HATS | | 4.650 | 110 | 511.50 | 9.990 | 1098.90 |
| 3610540001 | Ping i15 HYBRID | | 126.000 | 0 | 0.00 | 189.990 | 0.00 |
| 3610630004 | Nike Dri-Fit Hat | | 12.710 | 0 | 0.00 | 19.950 | 0.00 |
| 3610830001 | Taylor Made Hat | | 11.150 | 0 | 0.00 | 19.950 | 0.00 |
| 3610850001 | Titleist Hats/visors | | 11.169 | 0 | 0.00 | 19.950 | 0.00 |
| 3610850002 | TITLEIST BALL MARKER HAT | | 9.950 | 0 | 0.00 | 24.950 | 0.00 |
| 3620360001 | FJ Fleece Headband | | 7.250 | 0 | 0.00 | 14.990 | 0.00 |

**TABERNA COUNTRY CLUB**

**Inventory On Hand**

**For All Inventory Classes**
**Current File**
**10 Proshop**

| Item | Description | Size | Cost | On Hand | Total Cost | Retail | Total Retail |
|------|-------------|------|------|---------|------------|--------|--------------|
| 3620490001 | Imperial Hats | | 9.500 | 36 | 342.00 | 14.950 | 538.20 |
| 3620541001 | Korber Ladie's Straw Visor | | 18.000 | 0 | 0.00 | 39.950 | 0.00 |
| 3620541002 | Korber Ladies Straw Hats | | 18.000 | 0 | 0.00 | 39.950 | 0.00 |

| | | | | | | | |
|------|-------------|------|------|---------|------------|--------|--------------|
| Report Totals | | | | 1505 | 26061.18 | | 49165.38 |

**B**

Food Totals

| TABERNA COUNTRY CLUB | Feb. 18, 2011 | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **Food Inventory  Totals** | | | |
| | *Total Extended Cost From Each Page* | | |
| | | | |
| **Food Other** | $2,318.08 | | |
| **Produce / Fruit** | $421.39 | | |
| **Dairy / Eggs** | $145.30 | | |
| **Spices / Seasoning** | $332.80 | | |
| **Meats (Non-Seafood)** | $1,436.92 | | |
| **Seafood** | $173.18 | | |
| **Candy/Snacks** | $148.23 | | |
| **Beverages (Non-Alcoholic)** | $1,684.09 | | |
| **Breads/Pastries** | $646.10 | | |
| **Plus Spices in Use** | | | |
| wine and liquor | $2,991.39 | | |
| beer | $1,147.06 | | |
| **Supplies** | $791.23 | | |
| **Total Ending Food Inventory =** | $12,235.77 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| wine | $     1,471.01 | | |
| liquor | $     1,520.38 | | |





## Taberna Country Club
# Transaction List by Vendor
### November 1, 2010 through February 17, 2011

| Type | Date | Num | Name Address | Amount |
|---|---|---|---|---|
| **E-Z Go Division of Textron** | | | | |
| Bill | 11/10/2010 | 2156... | PO Box 905610 Charlotte, NC 28290-5610 | -185,776.00 |
| Bill Pmt -Check | 11/15/2010 | 4264 | PO Box 905610 Charlotte, NC 28290-5610 | -923.29 |
| Bill | 12/16/2010 | 2658... | PO Box 905610 Charlotte, NC 28290-5610 | -10,928.00 |
| Credit | 1/30/2011 | 2676... | PO Box 905610 Charlotte, NC 28290-5610 | 10,224.00 |
| Credit | 1/30/2011 | 2664... | PO Box 905610 Charlotte, NC 28290-5610 | 6,000.00 |
| Credit | 1/30/2011 | 2649... | PO Box 905610 Charlotte, NC 28290-5610 | 52,000.00 |
| Credit | 1/30/2011 | 2681... | PO Box 905610 Charlotte, NC 28290-5610 | 2,000.00 |
| **PNC Equiment Finance** | | | | |
| Check | 1/18/2011 | 4464 | 995 Dalton Avenue Cincinnati, OH 45203 | -3,042.80 |
| Bill | 1/27/2011 | 1330... | 995 Dalton Avenue Cincinnati, OH 45203 | -405.90 |
| Bill | 1/27/2011 | 1330... | 995 Dalton Avenue Cincinnati, OH 45203 | -2,636.90 |
| **Textron Business Services, Inc.** | | | | |
| Bill | 12/9/2010 | 101/1... | Dept. At 40219 Atlanta, GA 31192-0219 | -7,754.30 |
| Bill Pmt -Check | 12/10/2010 | 4382 | Dept. At 40219 Atlanta, GA 31192-0219 | -7,754.30 |
| Check | 1/18/2011 | 4465 | Dept. At 40219 Atlanta, GA 31192-0219 | -5,088.72 |
| Bill | 2/4/2011 | 3000... | Dept. At 40219 Atlanta, GA 31192-0219 | -1,173.08 |
| Bill Pmt -Check | 2/15/2011 | 4549 | Dept. At 40219 Atlanta, GA 31192-0219 | -1,173.08 |

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   F & G Leonard, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 21, 2011

/s/ James Frederick Leonard

James Frederick Leonard/Member-Manager
Signer/Title

F & G LEONARD, LLC
401 TABERNA WAY
NEW BERN, NC 28562

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

BILL & DIANE ABER
113 STONEWALL CIRCLE
NEW BERN, NC 28562

LARRY ALDERSON
304 NEUCHATEL RD
NEW BERN, NC 28562

ALLY/GMC FINANCING
ATTN: MANAGING AGENT
PO BOX 380901
MINNEAPOLIS, MN 55430

RICHIE AMATO
3513 CRANBERRY LANE
NEW BERN, NC 28562

RICK & KELLIE ANDERSON
505 TABERNA WAY
NEW BERN, NC 28562

BRYON ASHBROOK
106 MONTREUX LANE
NEW BERN, NC 28562

DR. THOMAS AXELSON
411 EMMEN RD
NEW BERN, NC 28562

CRAIG & PAT R. BAADER
1923 TADCASTER RD
CATONSVILLE, MD 21228

DONALD & MAIRE BAILEY
206 EMMEN RD
NEW BERN, NC 28562

FRANK BANCER
5811 BARBARY COAST DR
NEW BERN, NC 28562

JIMMY & STEPHANIE BANTON
107 TEUFEN RD
NEW BERN, NC 28562

GORDON & SHELIA BARNES
137 TEUFEN RD
NEW BERN, NC 28562

DAVID BATTS
203 BARRINGTON WAY
NEW BERN, NC 28562

BB&T
ATTN: JACK R. HAYES
PO BOX 1847
WILSON, NC 27894-1847

CURT W. BEACH
605 TABERNA CIRCLE
NEW BERN, NC 28562

DUNCAN BEAUMONT
123 WALDEN RD
NEW BERN, NC 28562

STEVE & KATHY BECKEL
107 LIESTAL LANE
NEW BERN, NC 28562

FRED & MARY BENDER
201 TABERNA CIRCLE
NEW BERN, NC 28562

NOAH & CARMEN BENGUR
107 GENEVA RD
NEW BERN, NC 28562

KENNETH & ANGELA BENNETT
105 NEUSE HARBOR BLVD
NEW BERN, NC 28560

CHARLES G. BENSON
192 LAURA DRIVE
NEW BERN, NC 28562

BRIAN & JENNIFER BLALOCK
113 FRIBURG RD
NEW BERN, NC 28562

HAROLD BLOT
109 LUGANO RD
NEW BERN, NC 28562

HENRY & MARIE BLOT
109 LUGANO RD
NEW BERN, NC 28562

HARRY BLOT, JR.
109 LUGANO RD
NEW BERN, NC 28562

MIKE BONHEIM
119 EMMEN RD
NEW BERN, NC 28562

TOM BOOK
3516 OLD AIRPORT RD
NEW BERN, NC 28562

JULIA BOOTH
123 ST. GALLEN COURT
NEW BERN, NC 28562

WILLIAM BRADBURY
129 ST. GALLEN COURT
NEW BERN, NC 28562

JIM BRADLEY
1076 SPRING VALLEY DRIVE
CAROL STREAM, IL 60188

CHARLIE & FLORENCE BREWER
102 NYON RD
NEW BERN, NC 28562

CECIL BROOME
107 NORBURY DRIVE
NEW BERN, NC 28562

GARY BROWN
2106 HORSESHOE BEND
NEW BERN, NC 28562

JEREMY & SUSAN BRUNO
205 WALDEN COURT
NEW BERN, NC 28562

PATRICK BRYANT
PO BOX 99
ALLIANCE, NC 28509

RALPH & SHARON BUCCI
68 VILLAGE GREEN
APT E
BUDD LAKE, NJ 07858

FRED & KELLY BUCHAN
5711 SLOOP COURT
NEW BERN, NC 28560

DENNIS & DIANN BUCHER
209 APPENZELL LANE
NEW BERN, NC 28562

PHILLIP & SARAH BUFFA
125 WALDEN RD
NEW BERN, NC 28562

RICH & ROBIN BUNARD
104 MELLEN RD
NEW BERN, NC 28562

ANDREW & STACY BURCHFIELD
3508 CRANBERRY LANE
NEW BERN, NC 28562

ERIC & LAURA BURGESS
2211 HIDDEN HARBOR
NEW BERN, NC 28562

BOB BURNETT
112 NYON RD
NEW BERN, NC 28562

ED BUSCH
464 NEUCHATEL RD
NEW BERN, NC 28562

GARY CANTON
24 HUNTERFIELD LN
NEW BERN, NC 28560

RON & JULIA CAPSHAW
601 NEUSE HARBOR BLVD
NEW BERN, NC 28560

ROBERT CARDINI
230 MELLEN RD
NEW BERN, NC 28560

CLAY & JEAN CARSON
205 BADEN COURT
NEW BERN, NC 28562

RICK & CAROL CARTER
CRYSTAL COAST MATTRESS RXIN
2739 HWY 70 EAST
NEW BERN, NC 28562

PERRY & LYNN CASWELL
11905 APPLING VALLEY RD
FAIRFAX, VA 22030

CHUCK & SUSAN CENSULLO
217 TICINO COURT
NEW BERN, NC 28562

PETER & ARLENE CHAMPLIN
116 FRIBURG RD
NEW BERN, NC 28562

JAMES & LISA CHANEY
603 TABERNA CIRCLE
NEW BERN, NC 28562

UMESH CHAUDHARY
510 NEUCHATEL RD
NEW BERN, NC 28562

DAVID & AMANDA CHEMPEY
110 MONTREUX LANE
NEW BERN, NC 28562

CITY OF NEW BERN
ATTN: MANAGER OR AGENT
PO BOX 1129
NEW BERN, NC 28563

MICHAEL CLOSTERMAN
112 LUGANO RD
NEW BERN, NC 28562

CLUB & AGRONOMY SERVICES,IN
ATTN: MANAGER OR AGENT
2008 HYDES CORNER
NEW BERN, NC 28562

HOWARD COCHRAN
109 SURSEE COURT
NEW BERN, NC 28562

SHANE CONRAD
616 W. OLD YORK RD
CARLISLE, PA 17015

BOB CONWAY
101 MONTREUX LANE
NEW BERN, NC 28562

TOM & PATTY CONWAY
110 TEUFEN RD
NEW BERN, NC 28562

BOB & CHRISTINE COOK
25615 ANTHEM TERACE
CHANTILLY, VA 20152

JUD & MICHELLE COPELAND
103 STAFFORD COURT
NEW BERN, NC 28562

TERRY & NICKI CORMIER
GELL PUCH #0412
PO BOX 6027
SCHENECTADY, NY 12301

BOB COSTANZO
128 NEUCHATEL RD
NEW BERN, NC 28562

CHUCK & BRENDA CRABTREE
106 REINACH LANE
NEW BERN, NC 28562

CRAVEN CO. TAX COLLECTOR
ATTN: MANAGER OR AGENT
PO BOX 1128
NEW BERN, NC 28563

CRAVEN COUNTY EMS
ATTN: MANAGING AGENT
PO BOX 863
LEWISVILLE, NC 27023-0863

ALAN & MARCIA CRAWFORD
213 NEUCHATEL COURT
NEW BERN, NC 28562

IRIS CRAWFORD
805 TABERNA CIRCLE
NEW BERN, NC 28562

JAMES & DEBORAH CREGHAN
2515 LUDWIG COURT
MACUNGIE, PA 18062

BILL CULLIPHER
713 TABERNA CIRCLE
NEW BERN, NC 28562

CHIP & LORI CURLEY
101 VAUD COURT
NEW BERN, NC 28562

LARRY CURTIS
220 MELLEN RD
NEW BERN, NC 28562

NICK & LIZ D'ALESSANDRO
113 EMMEN RD
NEW BERN, NC 28562

DREW & ELIZABETH D'ANGELO
108 BURBEN LANE
NEW BERN, NC 28560

MARTHA DANIELS
PO BOX 3139
NEW BERN, NC 28564

CHARLES DANNEMANN
111 ARBON LANE
NEW BERN, NC 28562

MANUEL & PATRICIA DASILVA
117 LUGANO RD
NEW BERN, NC 28562

TIERRA & DAVID WALLACE
PO BOX 751625
LAS VEGAS, NV 89136-1625

JOHN & SHERI DAVIDSON
230 TICINO COURT
NEW BERN, NC 28562

CURT & SUSAN DAVIS
5296 HWY 117 N
PIKEVILLE, NC 27863

MIKE & JODI DAVIS
217 SARATOGA LANE
NEW BERN, NC 28562

MARY KATHERINE DEBRUHL
112 TEUFEN RD
NEW BERN, NC 28562

MIKE DEICHMANN
PO BOX 1310
NEW BERN, NC 28562

PETE DEICHMANN
PO BOX 1310
NEW BERN, NC 28562

CHARLES DEIGERT
501 NEUCHATEL RD
NEW BERN, NC 28562

BOB & KATHY DELLORFANO
203 MELLEN RD
NEW BERN, NC 28562

JIM DELUCA
16 FRANKLIN AVENUE
MIDLAND PARK, NJ 07432

GARY & ALLISON DEMBART
1616 BRICES CREEK RD
NEW BERN, NC 28562

DAVID & TEMPLE DEPLATO
205 NEUCHATEL RD
NEW BERN, NC 28562

BUDDY & KATHY DEVLIN
120 GENEVA RD
NEW BERN, NC 28562

DOMINIC DICOSTANZO
109 BADEN LANE
NEW BERN, NC 28562

DR. NANCY G. DIXON
102 NYDEGG COURT
NEW BERN, NC 28562

DICK DODSON
117 GENEVA RD
NEW BERN, NC 28562

ROBERT DOFNER
703 TABERNA CIRCLE
NEW BERN, NC 28562

BOB DONNELLY
104 TEUFEN RD
NEW BERN, NC 28562

ROBERT DORSEY
601 PENNSLYVANIA AVE NW
NORTH BUILDING 406
WASHINGTON, DC 20004

TAYLOR DOWNEY
C/O WEYERHAUSER REAL ESTAT
1412 EATONON RD STE 700
MADISON, GA 30650-4646

DENNIS & CHRISTIE DOYLE
215 TICINO COURT
NEW BERN, NC 28562

AL DRAGO
310 NEUCHATEL RD
NEW BERN, NC 28562

DR. JIM & DONNA DRAKE
PO BOX 102
POLLOCKSVILLE, NC 28573

JEFF DUNCAN
100 BRODY LANE
NEW BERN, NC 28562

OWEN DUNCAN
2305 BRICES CREEK RD
NEW BERN, NC 28562

OWEN DUNN
2305 BRICES CREEK RD
NEW BERN, NC 28562

LAYNE DUPREE
147 DYLAN RD
NEW BERN, NC 28562

BILL & LISA DURANTE
1217 ARBON LANE
NEW BERN, NC 28562

WILLIAM & VI DWYER
105 ARBON LANE
NEW BERN, NC 28562

E-Z GO/TEXTRON FINANCIAL
ATTN: MANAGING AGENT
PO BOX 905610
CHARLOTTE, NC 28290-5610

EAST CAROLINA BANK
ATTN: MANAGING AGENT
PO BOX 337
ENGELHARD, NC 27824

GWEN ECKERT
107 NEUCHATAL RD
NEW BERN, NC 28562

ECOLAB
ATTN: MANAGING AGENT
PO BOX 100512
PASADENA, CA 91189-0512

CRESSWELL ELMORE
3810 HIGHLAND OAKS DR
FAIRFAX, VA 22033

FRED & RUTH ELSNER
101 ST. GALLEN COURT
NEW BERN, NC 28562

DEANE & MARION ERWIN
117 BERGERON WAY
CARY, NC 27519

PATRICIA FAIR
122 NYON RD
NEW BERN, NC 28562

RENATE FALCONE
513 NEUCHATEL RD
NEW BERN, NC 28562

MICHAEL & ANTOINETTE FARINO
105 EMMEN RD
NEW BERN, NC 28562

DUANE & DONNA FARMER
121 WALDEN RD
NEW BERN, NC 28562

STEVEN FARMER
PO BOX 14644
NEW BERN, NC 28562

ED & MARY ANN FAULKNER
201 NEUCHATEL COURT
NEW BERN, NC 28562

ED & KATHRYN FERGUS
119 WALDEN RD
NEW BERN, NC 28562

DICK & CLAIRE FINNEGAN
201 NYDEGG RD
NEW BERN, NC 28562

CRAIG FISHEL
219 MELLEN RD
NEW BERN, NC 28562

MICHEAL FISHER
207 CAMP KIRE RD
NEW BERN, NC 28560

BOB & CAROL FLAHERTY
103 KRIENS COURT
NEW BERN, NC 28562

BILL FLANNERY
114 WALDEN RD
NEW BERN, NC 28562

BARBARA FLYNN
905 BRICES COURT
NEW BERN, NC 28562

MARK FOLK
204 TICINO COURT
NEW BERN, NC 28562

BOB FORSYTHE
108 GENEVA RD
NEW BERN, NC 28562

KAYE FRAMPTON-BROWN
222 LINDEN ST
NEW BERN, NC 28560

GLADYS FRANKSON
435 NEUCHATEL RD
NEW BERN, NC 28562

GREG FRAYSER
123 TEUFEN RD
NEW BERN, NC 28562

RICHARD & BETTY FRENZEL
103 LANCY LANE
NEW BERN, NC 28562

MICHAEL FUJIMAGARI
212 TICENO COURT
NEW BERN, NC 28562

HOMER & ELAINE FULTS
118 JORDAN DRIVE
NEW BERN, NC 28562

STEPHEN FUTH
3 TRAVELLER LANE
NEW BERN, NC 28562

JOHN GALVANEK
117 TEUFEN RD
NEW BERN, NC 28562

ADRIENNE GARMISE
104 LANCEY LANE
NEW BERN, NC 28562

BRIAN GATCHEL
405 EMMEN RD
NEW BERN, NC 28562

RICHARD & CAROL GATCHEL
115 ARBON LANE
NEW BERN, NC 28562

H. JOHN GEIS
214 TICINO COURT
NEW BERN, NC 28562

JOHN H. GEIS
214 TICINO COURT
NEW BERN, NC 28562

BRUCE & DRU GEMMILL
204 MELLEN RD
NEW BERN, NC 28562

BILLY & TONYA GENT
100 APPENZELL LANE
NEW BERN, NC 28562

WILLIAM GIBSON
102 ARBON LANE
NEW BERN, NC 28562

JOHN & JUDY GILBERT
110 VAUD COURT
NEW BERN, NC 28562

ROBERT & RITA GILLHAM
1226 PETITE TERRE
NEW BERN, NC 28560

LARRY & NANCY GILLIAM
119 TEUFEN RD
NEW BERN, NC 28562

BRIAN & CHARLOTTE GRAHAM
102 FRIBURG RD
NEW BERN, NC 28562

GRETCHEN LEONARD
401 TABERNA WAY
NEW BERN, NC 28562

DOUG & SUSAN GRIEBLING
208 EMMEN RD
NEW BERN, NC 28562

ALLEN & MIMI GRINALDS
101 PORTSMOUTH COURT
NEW BERN, NC 28562

PETE GUINIVAN
124 MELLEN RD
NEW BERN, NC 28562

ROBERT GUNTHY
118 ARBON LANE
NEW BERN, NC 28562

CHRISTOPHER & CATHERINE HA
206 APPENZELL LANE
NEW BERN, NC 28562

DON HAINES
107 ARBON LANE
NEW BERN, NC 28562

PATRICK & MCKENZIE HALL
208 ARBON COURT
NEW BERN, NC 28562

BEN & DONNETTE HAMCOCK
115 TEUFEN RD
NEW BERN, NC 28562

DALE HANSON
307 NEUSE HARBOR BLVD
NEW BERN, NC 28562

DON & JEAN HANSON
108 REINACH LANE
NEW BERN, NC 28562

THOMAS & ESTHER HARDIN, JR
104 GENEVA RD
NEW BERN, NC 28562

JERRY & KIM HARDISON
116 WINGATE DRIVE
NEW BERN, NC 28562

STEVE & ANN HARMAN
103 APPENZELL LANE
NEW BERN, NC 28562

TOM & VICKI HARMON
130 WALDEN RD
NEW BERN, NC 28562

THOMAS HARRIS
2117 HIDDEN HARBOUR DRIVE
NEW BERN, NC 28562

MICHAEL HARTLINE
382 CAROLINA PINES BLVD
NEW BERN, NC 28560

PEGGY HARUM
2800-A OLD CHERRY POINT RD
NEW BERN, NC 28560

MARLIN & BONNIE HAVENER
702 TABERNA CIRCLE
NEW BERN, NC 28562

MIKE & MICHELE HEARNE
HEARNES JEWELERS
PO BOX 1408
NEW BERN, NC 28563

JIM HEISEY
504 EAST BARKLEY AVE
ORANGE, CA 92867

MARK HELD
206 BARKSIDE LANE
NEW BERN, NC 28562

KEVIN & JENNIFER HERMANN
111 LUGANO RD
NEW BERN, NC 28562

STEVE & JEAN HIMELSPACH
104 EMMEN RD
NEW BERN, NC 28562

ERIC & CAGNEY HIMLER
13301 WHINNEYFORD COURT
BRISTOW, VA 20316

JACK HOLLOWAY
122 MELLEN RD
NEW BERN, NC 28562

LEE & BECKY HOLLOWAY
450 STEAMBOAT LANE
HARTFIELD, VA 23071

ALAN & JAMI HORTON
207 NYON COURT
NEW BERN, NC 28562

HENRY & MARY-ANN HUDAK
6316 GONDOLIER DRIVE
NEW BERN, NC 28562

ELLIOT & NANCY HUDGINS, III
103 WALDEN RD
NEW BERN, NC 28562

CHRIS & TARA HUGHES
401 TABERNA CIRCLE
NEW BERN, NC 28562

DON HUGHES
113 ST. GALLEN COURT
NEW BERN, NC 28562

HELEN ILSLEY
6 ARCH LANE
HICKSVILLE, NY 11801

LOU & JENNIFER JACKSITS
129 TEUFEN RD
NEW BERN, NC 28562

CHARLIE & ANN JACKSON
202 GENEVA COURT
NEW BERN, NC 28562

JAMES FREDERICK LEONARD
401 TABERNA WAY
NEW BERN, NC 28562

GORDON JAMESON
106 MELLEN RD
NEW BERN, NC 28562

JACK & BARABARA JANEZECK
1315 SANTA LUCIE RD
NEW BERN, NC 28560

BILL & JUDY JOHNSON
120 NYON RD
NEW BERN, NC 28562

ED & JULIE JONES
208 MELLEN RD
NEW BERN, NC 28562

ELAINE JORDAN
121 MELLEN RD
NEW BERN, NC 28562

TOM & ALLISON JORDAN
113 WALDEN RD
NEW BERN, NC 28562

DAVE & RAE JUMBA
4619 WINDBROOK DRIVE
MURRYSVILLE, PA 15668

DANIEL KAPP
895 EAGLE AVE
ANN ARBOR, MI 48103

EVA KELLIHER
446 NEUCHATEL RD
NEW BERN, NC 28562

JOSEPH KELLY
607 TABERNA WAY
NEW BERN, NC 28562

NORMAN KENDALL
125 GENEVA RD
NEW BERN, NC 28562

ROBERT KEYSER
103 MONTREUX LANE
NEW BERN, NC 28562

RICK KIEFER
3793 RAPTOR COURT
COLGATE, WI 53017

TIMOTHY & RHONDA KILEY
117 NEUCHATEL RD
NEW BERN, NC 28562

GLEN & SYLVIA KILLIAN
131 GENEVA RD
NEW BERN, NC 28562

RANDALL KING
115 FRIBURG RD
NEW BERN, NC 28562

AMELIA & TIM KLAUMANN
112 BRUGG COURT
NEW BERN, NC 28562

REN KLAWSON
108 JURA COURT
NEW BERN, NC 28562

ALLEN KLEMMER
303 TABERNA CIRCLE
NEW BERN, NC 28562

DAVID & BARBARA KLINE
218 E. HOMER ST
EBENSBURG, PA 15931

DON & SHARON KREJCAREK
119 GENEVA RD
NEW BERN, NC 28562

JIM KRISE
101 APPENZELL LANE
NEW BERN, NC 28562

JOHN KURTZ
304 BRICKENRIDGE LANE
NEW BERN, NC 28560

CHECK & DEBORAH LANCASTER
101 ROLLINGWOOD DRIVE
NEW BERN, NC 28562

RICK LANG
108 EMMEN RD
NEW BERN, NC 28562

PAUL LANGEVIN
47 HAYES DRIVE
VERNON ROCKVILLE, CT 06066

TERI LANTHROP
516 W. WILSON CREEK DRIVE
NEW BERN, NC 28562

DANIEL LARIMER
121 GENEVA RD
NEW BERN, NC 28562

DICK & CAROL LARIMER
708 TABERNA CIRCLE
NEW BERN, NC 28562

KEVIN LAWRENCE
121 NYON RD
NEW BERN, NC 28562

JAMES & DONNA LEE
232 TICINO COURT
NEW BERN, NC 28562

AL LEFEBVRE
206 ARBON COURT
NEW BERN, NC 28562

GRETCHEN LEONARD
401 TABERNA WAY
NEW BERN, NC 28562

JAMES FREDERICK LEONARD
401 TABERNA WAY
NEW BERN, NC 28562

MICHAEL LEWELLYN
210 NYON COURT
NEW BERN, NC 28562

TOM & BARBARA LEWIS
4207 DANDRIDGE TERRACE
ALEXANDRIA, VA 22309

KEN & SUE LIMA
208 TICINO COURT
NEW BERN, NC 28562

WILLIAM & ANN LINDSAY
1308 GRESHAM RD
SILVER SPRING, MD 20904

BOB LIVINGSTON
210 NYDEGG RD
NEW BERN, NC 28562

DAVID LLOYD
707 TABERNA CIRCLE
NEW BERN, NC 28562

LOUIS & CHARLOTTE LONGO
224 TICINO COURT
NEW BERN, NC 28562

DR. BILL & AMY LORIO
119 MELLEN RD
NEW BERN, NC 28562

DONALD LOUDIN
106 VALAIS COURT
NEW BERN, NC 28562

JOSH & MINDY LUCK
220 TICINO COURT
NEW BERN, NC 28562

RAYMOND LUKEN
113 TEUFEN RD
NEW BERN, NC 28562

GEORGE LUPTON, III
UBS FINANCIAL SERVICES
3060 PEACHTREE RD NW #200
ATLANTA, GA 30305

KEVIN & AMANDA LYLE
413 NEUCHATEL RD
NEW BERN, NC 28562

STEPHEN & SUSAN MABIE
137 GENEVA RD
NEW BERN, NC 28562

BILL MACSAVENY
2640 SHELDON PLACE
OCEANSIDE, NY 11572

FRANK MAGEAU
103 NYON RD
NEW BERN, NC 28562

LARRY MAJOR
1135 GURTEN ST
NEW BERN, NC 28562

EUGENE & CARMEL MAMAJEK
102 TEUFEN RD
NEW BERN, NC 28562

LARRY MANGEL
100 KRIENS COURT
NEW BERN, NC 28562

TOM MANILA
122 WALDEN COURT
NEW BERN, NC 28562

RAMON MARBLE
102 KRIENS COURT
NEW BERN, NC 28562

ART & JANE MARINI
407 TABERNA CIRCLE
NEW BERN, NC 28562

JOHN & LENA MARKERT
203 EMMEN RD
NEW BERN, NC 28562

ROBERT MARKMAN
705 TABERNA CIRCLE
NEW BERN, NC 28562

ED MARSH
105 HORGEN COURT
NEW BERN, NC 28562

THOMAS MARSHALL
648 LUCYLLE LANE
OLIVENHAIN, CA 92024

KEN MARTIN
108 BRUGG COURT
NEW BERN, NC 28562

BRIAN & SUE MCCARTHY
113 REINACH LANE
NEW BERN, NC 28562

RON & CHRIS MCCAUSLAND
222 MELLEN RD
NEW BERN, NC 28562

MARY MCCRADLE
409 TABERNA CIRCLE
NEW BERN, NC 28562

SEAN & PAULA MCELHENNON
216 NYDEGG RD
NEW BERN, NC 28562

JOHN MCGINNESS
2506 HICKORY ST
NEW BERN, NC 28562

FRANK MCKEE
908 TABERNA CIRCLE
NEW BERN, NC 28562

PATRICK & DEBORAH MCKEE
1221 BROAD CREEK RD
NEW BERN, NC 28560

DIANE MCKEEL
4323 OLD CHERRY POINT RD
NEW BERN, NC 28560

BILL MCLAUGHLIN
423 NEUCHATEL RD
NEW BERN, NC 28562

DOUG MCMULLEN
303 PALISADES WAY
NEW BERN, NC 28560

GEORGE & BERNADETTE MCNU
105 LIESTAL LANE
NEW BERN, NC 28562

MEN'S GOLF ASSOCIATION
ATTN: TGMA- TOM MANULA
122 WALDEN RD
NEW BERN, NC 28562

PAUL & GENIE MEYER
108 ARBON LANE
NEW BERN, NC 28562

FRANK & NINA MIDDLETON
302 NEUCHATEL RD
NEW BERN, NC 28562

ED MIRISE
209 MELLEN RD
NEW BERN, NC 28562

MALCOLM & BETTY LOU MITCHELL
122 ARBON LANE
NEW BERN, NC 28562

JIM & RUTH MOCK
112 MELLEN RD
NEW BERN, NC 28562

ROBERT MORRIS
613 CREEKWOOD DR
NEW BERN, NC 28562

WILLIAM MORRIS
117 WALDEN RD
NEW BERN, NC 28562

TOM & POLLY MORTON
118 MELLEN RD
NEW BERN, NC 28562

DAVE MUELLER
315 TABERNA CIRCLE
NEW BERN, NC 28562

GERALD & THERESA MUELLER
504 NEUCHATEL RD
NEW BERN, NC 28562

CAROL MUESSEN
408 NEUCHATEL RD
NEW BERN, NC 28560

JOHN & JOAN MURPHEY
108 VAUD COURT
NEW BERN, NC 28562

MICHAEL & JOANNE MURPHY
104 BADEN LANE
NEW BERN, NC 28562

DAVID & JOANN MYERS
20288 PEZZANA DRIVE
VENICE, FL 34292

CHUCK NAILS, JR.
106 FRIBURG RD
NEW BERN, NC 28562

AL & MARGE NIEBER
PO BOX 207
CORNING, NY 14830

GUY & DORIS NORTON
214 NEUCHATEL COURT
NEW BERN, NC 28562

JAY & MARIE O'LEARY
10062 OAKRIDGE DRIVE
WEXFORD, PA 15090

CHARLES & AMANDA OAKLEY
PO BOX 1009
HAVELOCK, NC 28532

JERRY OCORR
114 JOHNSON POINT RD
NEW BERN, NC 28560

CARL & JULIE OLDANI
105 VAUD COURT
NEW BERN, NC 28562

SIDGE OLSZEWSKI
107 MELLEN RD
NEW BERN, NC 28562

MICKEY OSTHEIMER
105 MELLEN ROAD
NEW BERN, NC 28562

BILL & ANN OUELLETTE
415 NEUCHATEL ROAD
NEW BERN, NC 28562

DAN & SANDRA OXFORD
P.O. BOX 1310
NEW BERN, NC 28563

RONALD & ALICA PACKARD
1986 HOOD'S CREEK RD
NEW BERN, NC 28562

RONALD & ALICE PACKARD
1986 HOOD'S CREEK DRIVE
NEW BERN, NC 28562

RUSSELL PACKARD
124 FRIBURG ROAD
NEW BERN, NC 28562

PAUL & SUZANNE SCHRENK
110 BADEN LANE
NEW BERN, NC 28562

JAMES & JOAN PEACOCK
208 MELLEN ROAD
NEW BERN, NC 28562

BARRY & JULIE PEARSON
229 TICINO COURT
NEW BERN, NC 28562

GENE PEELE
303 EMMEN ROAD
NEW BERN, NC 28562

NOEL PINKCARD
111 TEUFEN ROAD
NEW BERN, NC 28562

PITNEY BOWES
ATTN: MANAGING AGENT
PO BOX 856460
LOUISVILLE, KY 40285-6042

DENISE PLOURDE
101 WHITE ASH LANE
NEW BERN, NC 28562

PNC EQUIPMENT FINANCE
ATTN: MANAGING AGENT
995 DALTON AVENUE
CINCINNATI, OH 45203

HENRY & DEBBIE C. POLACKE
218 TICINO COURT
NEW BERN, NC 28562

MICHAEL D. POLIZZI
303 MAHAFFEY LANE
NEW BERN, NC 28560

JIM POLO
115 WALDEN ROAD
NEW BERN, NC 28562

NATHAN POWELL
3402 ATWATER COURT
BOWIE, MD 20716

PROFESSIONAL AUTO SERVICE
2215 COUNTRY CLUB ROAD
NEW BERN, NC 28562

DAVE & DEBBIE PROHASKA
7685 ELAINE COURT
PORT TOBACCO, MD 20677

FRANK QUITONI
1450 SCALP AVENUE
JOHNSTOWN, PA 15904

FRANK & NAN RACKLEY
101 VIDA LANE
NEW BERN, NC 28560

CHERYL RAY
118 SURSEE COURT
NEW BERN, NC 28562

ROBERT & LEANNE REDDICK
113 TICINO ROAD
NEW BERN, NC 28562

RICHARD H. REED
106 JURA COURT
NEW BERN, NC 28562

WALT & CAROL REED
206 MELLEN ROAD
NEW BERN, NC 28562

JOHN & JEAN C. REICHENBACH
110 NEUCHATEL ROAD
NEW BERN, NC 28562

CHIP RICE
130 TEUFEN ROAD
NEW BERN, NC 28562

DEBBIE C. RICE
2015 PERRYTOWN LOOP ROAD
NEW BERN, NC 28562

JIM & MARSHA RICHARDSON
101 SURSEE COURT
NEW BERN, NC 28562

LINDA RICHARDSON
402 TABERNA CIRCLE
NEW BERN, NC 28562

CHRIS & MICHELE RICHIE
104 ARBON LANE
NEW BERN, NC 28562

DICK RIORDAN
P.O. BOX 3165
NEW BERN, NC 28564

GREGORY & SHARON C. RISK
113 ARBON LANE
NEW BERN, NC 28562

WOLFGANG & MARY RITTER
204 SKYSAIL BLVD.
NEW BERN, NC 28562

JOEL & SHARON RIVERS
116 ROLLINGWOOD DRIVE
NEW BERN, NC 28562

RMICO, LLC
ATTN: RAY MCCOTTER
PO BOX 12623
NEW BERN, NC 28561

MARY ROBERTS
520 TABERNA WAY
NEW BERN, NC 28562

GORDON D. ROBESON
403 MELLEN COURT
NEW BERN, NC 28562

JESSE ROBINSON
109 MONTREUZ LANE
NEW BERN, NC 28562

CLAY & CYNTHIA ROGERS
15737 MARBERRY HEIGHTS WAY
DUMFRIES, VA 22025

DON & LYNN ROGERS
211 APPENZELL LANE
NEW BERN, NC 28562

BERT & RAMONA ROSE
200 WEST PALMER DRIVE
NEW BERN, NC 28560

JERE & BARBARA ROSE
105 KRIENS COURT
NEW BERN, NC 28562

BILL & NANCY ROUNDS
224 MELLEN RD
NEW BERN, NC 28562

BART & BETTY ROVINS
119 LUGANO RD
NEW BERN, NC 28561-3901

JOHN & CECILIA RUESCHLIN
109 VAUD COURT
NEW BERN, NC 28562

ANDREW RUNDLE
2809 WAKE WATER WAY
WOODBRIDGE, VA 22191

BOB RUSSELL
20516 SARAZEN LANE
PATTERSON, CA 95363

DEIRDE RUSSELL
128 TEUFEN RD
NEW BERN, NC 28562

GIAN & SANDRA RUSSO
114 REINACH LANE
NEW BERN, NC 28562

JAMES RUSSO
PO BOX 12867
NEW BERN, NC 28561

JAMIE & LAURA SABATER
106 BRUGG COURT
NEW BERN, NC 28562

DANA & LINDA SAGAN
67 BARSTOW LANE
TOLLAND, CT 06084

ROBERT SAGAR
107 MONTREUX LANE
NEW BERN, NC 28562

ROBERT SAGER
107 MONTREUX LANE
NEW BERN, NC 28562

JARROD SALVINO
324 LOCHBRIDGE ST
NEW BERN, NC 28562

WINTHROP SARGENT, JR.
PO BOX 115
DAYTON, VA 22821

JOHN & SUSAN SASSER
94 BRANCH HILL RD
PRESTON, CT 06365

RAY SAVAGE
111 VAUD COURT
NEW BERN, NC 28562

TOM & PAT SCHAIBLE
106 LANCY LANE
NEW BERN, NC 28562

JOSEPH  SCHIFFINO
325 NEUCHATEL RD
NEW BERN, NC 28562

BOB  SCHWARZKOF
104 REINACH LANE
NEW BERN, NC 28562

JOHN  SCIRICA
120 TEUFEN RD
NEW BERN, NC 28562

BRYAN & JOYCE SCOGGINS
103 VAUD COURT
NEW BERN, NC 28562

P.D. SCOTT
119 ARBON LANE
NEW BERN, NC 28562

JOHN & LAURA SERUMGARD
112 SURSEE COURT
NEW BERN, NC 28562

CHRIS & TERESA SHANKLE
CRYSTAL COAST MATTRESS RX, INC.
2739 HWY 70 EAST
NEW BERN, NC 28562

JOHN  SHIPHERD
1202 CARMEL LANE
NEW BERN, NC 28562

JOHN & JUDY SIMON
111 MONTREUX LANE
NEW BERN, NC 28562

BOB & THERESA SINES
507 NEUCHATEL RD
NEW BERN, NC 28562

JOHN & MELISSA SISSON
111 WINGATE DRIVE
NEW BERN, NC 28562

ROBERT & CONSTANCE SITHEN
212 EMMEN RD
NEW BERN, NC 28562

BRUCE & TERESA SIZEMORE
110 REINACH LANE
NEW BERN, NC 28562

DAVID & MARGO SKAGGS
203 APPENZELL LANE
NEW BERN, NC 28562

JASON & LEE ANN SKLADAN
104 FRIBURG RD
NEW BERN, NC 28562

ETTA & WALT SMITH
101 VALAIS COURT
NEW BERN, NC 28562

JACK SMITH
406 EMMEN RD
NEW BERN, NC 28562

TERRY SMITH
101 LUGANO RD
NEW BERN, NC 28562

LILLIAN SOLBY
410 NEUCHATEL RD
NEW BERN, NC 28562

RICHARD SOLOBY
PO BOX 59
ORIENTAL, NC 28571

MARIA SONNTAG
202 SNEAD RD
NEW BERN, NC 28560

DANIEL & BETH SPANO
4731 SHANNONHOUSE RD
APT 111
RALEIGH, NC 27612

PAUL SPOTTS
117 REINACH LANE
NEW BERN, NC 28562

BILL & DIANE STAMM
102 LIESTAL LANE
NEW BERN, NC 28562

GARY & MARILYN STANLEY
103 ARBON LANE
NEW BERN, NC 28563

MONTE & LORA STARR
108 FRIEBURG RD
NEW BERN, NC 28562

TOM & SUSAN STEWART
211 MELLEN RD
NEW BERN, NC 28562

ED & MAIAN STINNETTE
132 GENEVA RD
NEW BERN, NC 28562

MACK & KRISTEN STORRS
115 EMMEN RD
NEW BERN, NC 28562

GORDON STREETER
460 NEUCHATEL RD
NEW BERN, NC 28562

EDWARD & LINDA STRUCKRATH
606 TABERNA CIRCLE
NEW BERN, NC 28562

JUDY & JOSEPH SULLIVAN
501 NEUSE HARBOR BLVD
NEW BERN, NC 28560

DALE & SARAH SWAN
1304 SANTA LUCIA DRIVE
NEW BERN, NC 28560

TIM & SANDY TABAK
3512 OLD AIRPORT RD
NEW BERN, NC 28562

PHILLIP TABOR
501 TABERNA CIRCLE
NEW BERN, NC 28562

WILL & VICKY TAIS
104 VALAIS COURT
NEW BERN, NC 28562

RAYMOND & MARY TAIT
313 SKY SAIL BLVD
NEW BERN, NC 28560

TANDEMLOC, INC.
824 HWY 101
HAVELOCK, NC 28532

SCOTT TARCY
301 GATEWOOD DRIVE
NEW BERN, NC 28562

MALCOLM & LINDA TAYLOR
932 SEA HOLLY COURT
NEW BERN, NC 28560

TED & BIRDIE GRIGNON
218 MELLEN RD
NEW BERN, NC 28562

STANLEY & PATRICIA TENCZA, JR
114 NEUCHATEL RD
NEW BERN, NC 28562

RUSSELL TERRY
122 TEUFEN RD
NEW BERN, NC 28562

TEXTRON FINANCIAL CORP.
ATTN: MANAGING AGENT
11575 GREAT OAKS WAY, STE 210
ALPHARETTA, GA 30022

GARY & CAROL THIRKELL
101 LANCY LANE
NEW BERN, NC 28562

KEITH & MARGI THOMPSON
103 EMMEN RD
NEW BERN, NC 28562

GARY TIDDT
PO BOX 12770
NEW BERN, NC 28561

CARL & JENNIFER TOLER
604 TABERNA CIRCLE
NEW BERN, NC 28562

DAVID TOOKER
PO BOX 12863
NEW BERN, NC 28561

JACK TOWNLEY
101 BOLEYN LOOP
NEW BERN, NC 28562

PAUL TRACEWELL
903 TABERNA CIRCLE
NEW BERN, NC 28562

THOMAS & RUTH TUCKER
100 REINACH LANE
NEW BERN, NC 28562

DICK & CAROL TURNER
216 MELLEN RD
NEW BERN, NC 28562

KATHLEEN TURNER
111 ROWAYTON WOODS DRIVE
NORWALK, CT 06854-3936

DOUG & NANCY UHLAND
228 MELLEN RD
NEW BERN, NC 28562

US BANK
ATTN: MANAGING AGENT
1450 CHANNEL PKWY
MARSHALL, MN 56258

JAY VALENTINE
105 BOELYN LOOP
NEW BERN, NC 28562

RICK VAN DER LEEST
3585 FLINTLOCK COURT
SUAMICO, WI 54173

TIM & ROBIN VARNER
103 MELLEN RD
NEW BERN, NC 28562

GUS & MARY VILLANOVA
1514 SANTA LUCIA RD
NEW BERN, NC 28560

MARIA VINCENT
104 VAUD COURT
NEW BERN, NC 28562

RUDY WAGNER
120 MELLEN RD
NEW BERN, NC 28562

CLARENCE & BARBARA WAGON
214 EMMEN RD
NEW BERN, NC 28562

DAN & DEBBIE WALCZAK
114 SURSEE COURT
NEW BERN, NC 28562

DAN & ANNETTE WALKER
1506 LUCRENE WAY
NEW BERN, NC 28560

JERRY WALKER
2 CHESNUT LANE
PINEHURST, NC 28374

RALPH & LINDA WALLER
127 GENEVA RD
NEW BERN, NC 28562

TOM WATSON
1110 ARBON LANE
NEW BERN, NC 28562

PAUL & JULIANNE WEAVER
104 MONTREUX LANE
NEW BERN, NC 28562

CHARLES & FRANCES WEBB
204 BADEN COURT
NEW BERN, NC 28562

KURT & ROSE WEINHEIMER
122 LUGANO RD
NEW BERN, NC 28562

PHIL & JOYCE WELLER
502 TABERNA WAY
NEW BERN, NC 28562

KEN WELTZ
106 GENEVA RD
NEW BERN, NC 28562

ROBERT & VIRGINA WERNERSBACH
106 VAUD COURT
NEW BERN, NC 28562

RAY & KATHRYN WESTON
12834 KARNES RD
GLEN ARM, MD 21057

OWEN WHITE
115 REINACH LANE
NEW BERN, NC 28562

THOMAS & PATRICIA WHITEFORD
226 TICINO COURT
NEW BERN, NC 28562

JERRY & DEBORAH WILLARD
108 TICINO RD
NEW BERN, NC 28562

STEVE & MAUREEN WILLCOX
329 TALL TIMBERS RD
GLASTONBURY, CT 06033

DAVID & ANNETTE WILLIAMS
109 FRIBURG RD
NEW BERN, NC 28562

JOHN & CARRIE WILLIAMS
225 TICINO COURT
NEW BERN, NC 28562

JIM  WILSON
109 REINACH LANE
NEW BERN, NC 28562

JIM  &  DOTTY  WILSON
311 TABERNA CIRCLE
NEW BERN, NC 28562

ROBERT  &  MARY  WOMACK
504 EMMEN RD
NEW BERN, NC 28562

WOMEN'S  GOLF  ASSOCIATION
ATTN: TWGA C/O DEBBIE WALCZAK
114 SURSEE COURT
NEW BERN, NC 28562

BRUCE  &  DIANA  WOOD
121 ST. GALLEN COURT
NEW BERN, NC 28562

JEFF  WOOD
712 TABERNA CIRCLE
NEW BERN, NC 28562

KENNETH  WOODS
113 LUGANO RD
NEW BERN, NC 28562

JACK  WRIGHT
107 WALDEN RD
NEW BERN, NC 28562

MICHAEL  WRYSCH
414 NEUCHATEL RD
NEW BERN, NC 28562

MICHAEL  &  MARYANN  YATES
104 WINGATE DRIVE
NEW BERN, NC 28562

DR.  JOHN  ZANNIS
106 BADEN LANE
NEW BERN, NC 28562

MICHAEL  &  LISA  ZARR
CRYSTAL COAST MATTRESS, INC
2739 HWY 70 EAST
NEW BERN, NC 28562